IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § § § § § § § § § § | CIVIL ACTION NO.  6:15-CV-01038-RWS |
| Plaintiff, | | |
| v. | | |
| AMAZON.COM, INC., | | |
| Defendant. | | |

### ORDER

On November 15, 2016, the Court denied Defendant Amazon.com, Inc.'s ("Amazon") Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer to the Northern District of California.  Docket No. 196.  Currently before the Court is Amazon's Renewed Motion to Transfer (Docket No. 268).  The Court held a hearing on Amazon's motion on April 4, 2017.

Amazon initially asked the Court to transfer its case to the Northern District of California. Docket No. 196.  The Court denied that request.  Docket No. 196.  Amazon then renewed its motion to transfer, seeking transfer to the Western District of Washington.  Docket No. 268.  At the hearing set for Amazon's Renewed Motion to Transfer, Amazon argued that its case should be transferred to either the Northern District of California—as originally requested—or the Western District of Washington.  Docket No. 319, Hr'g Tr. at 40–62.

Given the unique circumstances present in this case, the Court finds it appropriate to reconsider its order denying transfer (Docket No. 196).  After careful consideration of the parties' arguments and written submissions, the Court **GRANTS** Amazon's motion to transfer to the Northern District of California.

Upon consideration of each of the applicable public and private factors related to a transfer pursuant to 28 U.S.C. § 1404(a), the Court finds that, under the specific circumstances of this case, a majority of these factors weigh in favor of transfer.  The parties' ties to the Northern District of California outweigh the ties that the parties have to this District.  Consequently, the Northern District of California is a clearly more convenient venue than this District.

Accordingly, the Court **ORDERS** that all claims asserted by Plaintiff Eolas Technologies Inc. against Amazon are **TRANSFERRED** to the Northern District of California.  Given the approaching deadlines under this Court's current docket control order, all deadlines are **STAYED** until the case is received and reassigned by the clerk of the Northern District of California and until further order of that Court.

**So ORDERED and SIGNED this 28th day of April, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE