UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOLAS TECHNOLOGIES INC., <br>    Plaintiff(s) <br> v. <br> AMAZON.COM, INC., <br>    Defendant(s) | CASE No C 3:17-cv-03022-JST <br><br> STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediator to be mutually agreed on by the parties.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: within 14 days of completion of dispositive motion briefing

Date: 6/14/2017    /s/ James E. Quigley
           Attorney for Plaintiff

Date: 6/14/2017    /s/ Rick Frenkel
           Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: June 14, 2017

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*