[Counsel identified on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING JULY 5, 2017 CASE MANAGEMENT CONFERENCE FOR AUGUST 2, 2017** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:17-cv-03022-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING JULY 5, 2017 CASE MANAGEMENT CONFERENCE FOR AUGUST 2, 2017** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No. 3:17-cv-03023-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING JULY 5, 2017 CASE MANAGEMENT CONFERENCE FOR AUGUST 2, 2017** |

-1-

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, on June 1, 2017, the Court set the Case Management Conferences in each of Case Nos. 17-cv-01138 and 17-cv-3022 for July 5, 2017;

WHEREAS, on June 5, 2017, the Case Management Conference for Case No. 17-cv-03023 was set for July 5, 2017;

WHEREAS, the parties have conferred and agreed, due to issues with travel on July 4, 2017, to move the initial Case Management Conference, currently set for July 5, 2017, to August 2, 2017;

WHEREAS, the parties have conferred and agreed that if the Court does not wish to move the Case Management Conference to August 2, 2017, that the Court keep the currently scheduled July 5, 2017 Case Management Conference due to unavailability of counsel on potential conference dates between July 5 and August 2;

WHEREAS, no schedules have been entered in any of the above-styled cases and therefore no other deadlines will be affected by moving the Case Management Conference;

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Case Management Conference for each of the above-entitled actions be moved from July 5, 2017 to August 2, 2017. The parties further request that if the Court prefers not to move the Case Management Conference to August 2, 2017, that the Court leave the Case Management Conference on July 5, 2017.

| | | |
|---|---|---|
| 1 | DATED: June 20, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By */s/ Kevin Burgess* |
| 4 | | Stephanie Adams Ryan, SBN 289548<br>MCKOOL SMITH, P.C. |
| 5 | | 255 Shoreline Drive, Suite 510<br>Redwood Shores, California 94065 |
| 6 | | Tel: (650) 394-1400; Fax: (650) 394-1422<br>sadamsryan@mckoolsmith.com |

DATED: June 20, 2017                    Respectfully submitted,

By */s/ Kevin Burgess*

Stephanie Adams Ryan, SBN 289548
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

John B. Campbell, TX SBN 24036314 (admitted Pro Hac Vice)
Kevin Burgess, TX SBN 24006927 (admitted Pro Hac Vice)
Craig N. Tolliver, TX SBN 24028049 (admitted Pro Hac Vice)
James E. Quigley, TX SBN 24075810 (admitted Pro Hac Vice)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
EOLAS TECHNOLOGIES INCORPORATED


By */s/ David A. Perlson*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
charlesverhoeven@quinnemanuel.com
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
Carl G. Anderson (CA Bar No. 239927)
carlanderson@quinnemanuel.com
Michael D. Powell (CA Bar No. 202850)
mikepowell@quinnemanuel.com
Lindsay M. Cooper (CA Bar No. 287125)
lindsaycooper@quinnemanuel.com
Felipe Corredor (CA Bar No. 295692)
felipecorredor@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

Attorneys for Defendant
GOOGLE INC.

-3-

| | |
|---|---|
| 1 | By */s/ Richard G. Frenkel* |
| 2 | DOUGLAS E. LUMISH, Bar No. 183863 |
| | doug.lumish@lw.com |
| 3 | RICHARD G. FRENKEL, Bar No. 204133 |
| | rick.frenkel@lw.com |
| 4 | JEFFREY G. HOMRIG, Bar No. 215890 |
| | jeff.homrig@lw.com |
| 5 | NICHOLAS YU, Bar No. 298768 |
| | nicholas.yu@latham.com |
| 6 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| 7 | Menlo Park, CA 94025 |
| | Telephone: (650) 328-4600 |
| 8 | Facsimile:  (650) 463-2600 |
| 9 | JOSEPH H. LEE, Bar No. 248046 |
| | joseph.lee@lw.com |
| 10 | LATHAM & WATKINS LLP |
| | 650 Town Center Drive, 20th Floor |
| 11 | Costa Mesa, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| 12 | Facsimile:  (714) 755-8290 |
| 13 | AMIT MAKKER, Bar No. 280747 |
| | amit.makker@lw.com |
| 14 | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| 15 | San Francisco, CA 94111-6538 |
| | Telephone: (415) 395-8034 |
| 16 | Facsimile:  (415) 395-8095 |
| 17 | MELISSA ARBUS SHERRY (pro hac vice) |
| | melissa.sherry@lw.com |
| 18 | ELANA NIGHTINGALE DAWSON (pro hac vice) |
| | elana.nightingaledawson@lw.com |
| 19 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, Suite 1000 |
| 20 | Washington, DC 20004-1304 |
| | Telephone: (202) 637-2200 |
| 21 | Facsimile:  (202) 637-2201 |
| 22 | JENNIFER H. DOAN (pro hac vice) |
| | jdoan@haltomdoan.com |
| 23 | JOSHUA R. THANE (pro hac vice) |
| | jthane@haltomdoan.com |
| 24 | J. RANDY ROESER(pro hac vice) |
| | rroeser@haltomdoan.com |
| 25 | HALTOM & DOAN |
| | 6500 Summerhill Road, Suite 1000 |
| 26 | Texarkana, TX 75503 |
| | Telephone: (903) 255-1000 |
| 27 | Facsimile:  (903) 255-0800 |
| 28 | -4- |

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST; 3:17-cv-03023-JST

McKool 1321215v3

| | |
|---|---|
| 1 | GRANT KINSEL, Bar No. 172407 |
| 2 | gkinsel@perkinscoie.com<br>PERKINS COIE, LLP |
| 3 | 1203 3rd Street, 39th Floor<br>Seattle, WA 98112 |
| 4 | Telephone: (206)-395-316<br>Facsimile: (206) 359-9000 |
| 5 | Counsel for Defendant |
| 6 | AMAZON.COM, INC. |
| 7 | By /s/ *Bijal Vakil* |
| 8 | Bijal V. Vakil (SBN 192878)<br>Shamita D. Etienne-Cummings (SBN 202090) |
| 9 | Eric E. Lancaster (SBN 244449)<br>Allen W. Wang (SBN 278953) |
| 10 | WHITE & CASE LLP<br>3000 El Camino Real |
| 11 | Five Palo Alto Square, 9th Floor<br>Palo Alto, CA  94306 |
| 12 | Telephone:  (650) 213-0300<br>Facsimile:     (650) 213-8158 |
| 13 | Email: bvakil@whitecase.com<br>Email: setienne@whitecase.com |
| 14 | Email: eric.lancaster@whitecase.com<br>Email: allen.wang@whitecase.com |
| 15 | JOHN R. KEVILLE (admitted *Pro Hac Vice*) |
| 16 | ERIC S. SCHLICHTER (admitted *Pro Hac Vice*)<br>ROBERT L. GREEN  (admitted *Pro Hac Vice*) |
| 17 | WINSTON & STRAWN LLP<br>1111 Louisiana Street, 25th Floor |
| 18 | Houston, TX  77002-5242<br>Telephone:  (713) 651-2600 |
| 19 | Facsimile:  (713) 651-2700<br>Email: jkeville@winston.com |
| 20 | Email: eschlichter@winston.com<br>Email: rlgreen@winston.com |
| 21 | Attorneys for Defendant |
| 22 | WAL-MART STORES, INC. |

**ATTESTATION**

I, Kevin Burgess, am the ECF user whose userid and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: June 20, 2017           /s/ *Kevin Burgess*
                               Kevin Burgess

-5-

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST; 3:17-cv-03023-JST

McKool 1321215v3

# [~~PROPOSED~~] ORDER

Plaintiff Eolas Technologies Incorporated and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to reset the Case Management Conference currently set for July 5, 2017 to August 2, 2017.

The parties' joint stipulation is GRANTED. The Case Management Conference, currently set for July 5, 2017, is hereby reset for August 2, 2017.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: June 21, 2017

Honorable Jon S. Tigar
United States District Judge

-6-

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST; 3:17-cv-03023-JST

McKool 1321215v3