1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>           Plaintiff,<br><br>     v.<br><br>GOOGLE INC.,<br><br>           Defendant. | Case No: 3:17-cv-01138-JST<br><br>[~~PROPOSED~~] **ORDER REGARDING AUGUST 2, 2017 CASE MANAGEMENT CONFERENCE** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>           Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>           Defendant. | Case No: 3:17-cv-03022-JST |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>           Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>           Defendant. | Case No: 3:17-cv-03023-JST |

This Court, having reviewed the Joint Case Management Statements filed in each of the above-captioned cases, and having held a Case Management Conference with all parties on August 2, 2017, rules as follows:

It is hereby ORDERED that:

**Early Summary Judgment**

Defendants Google, Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") may file a motion for summary judgment with a single brief, either jointly or by one of the Defendants, on one or more of the issues of double patenting, obviousness-type double patenting, collateral estoppel, and res judicata (including the *Kessler* doctrine). Plaintiff Eolas Technologies, Inc. ("Eolas") may cross-move on any of the issues raised by the Defendants at the time for its opposition brief. The parties shall submit a stipulation with the briefing schedule to the Court by August 4, 2017. Motions for summary judgment shall comply with Civil Local Rule 7 in all respects. This Court's Standing Order for all Civil Cases Before District Judge Jon S. Tigar states that the Court will consider only one motion for summary judgment absent good cause. Good cause being shown here, the motion for summary judgment described above (and any cross motion) shall not be the only motion for summary judgment that may be filed by a party in their respective cases.

**Technology Tutorial**

The parties shall send an email to the Courtroom Deputy Clerk identifying the docket number for the Joint Claim Construction Statement filed in the Eastern District of Texas. The parties shall also lodge with the Court the technology tutorials previously submitted to the Eastern District of Texas. After the Court has reviewed these materials, it will set a date and time for a technology tutorial.

**Reconsideration of Claim Construction**

The parties shall meet and confer regarding a schedule for the anticipated motion for reconsideration of "interactive-content application" in the previously issued claim construction order. The parties shall submit a stipulation with the briefing schedule to the Court by August 4, 2017.

1

**Amazon's Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution Bar**

Regarding Amazon's Motion for Order to Show Cause Regarding McKool Smith's Violation of Prosecution Bar (Dkt. 262),[1] the Court will review the submitted briefings and issue an order as to whether the prosecution bar expired on July 22, 2014 or October 20, 2014, and may order oral argument if the Court feels it is necessary. Upon issuance of the Court's order, the parties will meet and confer about next steps including production of documents or *in camera* review of additional documents by the Court.

**Eolas's Motion to Disqualify Latham & Watkins**

On August 11, 2017, Eolas and Amazon shall file a stipulation as to which choice of law applies to Eolas's disqualification motion. In the event the parties cannot reach agreement, Eolas and Amazon shall both file a brief regarding choice of law for Eolas's disqualification motion. These briefs shall not exceed 10 pages, but shall otherwise comply with Civil Local Rule 7 in all respects. Should the parties file briefs on August 11, 2017, the parties shall file opposition briefs on August 18, 2017. The opposition briefs shall not exceed 7 pages, but shall otherwise comply with Civil Local Rule 7 in all respects. The parties may not raise new arguments in the opposition briefs and no further briefing will be allowed.

**Discovery**

These cases will be referred to a magistrate judge for all discovery purposes. In addition, the following motions will be considered and ruled on by the appointed magistrate judge: Defendants' Motion for Leave to Supplement Their Patent Rule 3-3 Invalidity Contentions and Rule 3-4(b) Document Production (Dkt. 203); Defendants' Motion for Leave to File a Supplemental Brief in Support of Their Motion for Leave to Supplement Their Patent Rule 3-3 Invalidity Contentions and Rule 3-4(b) Document Production (Dkt. 241); and Walmart's Motion to Compel Previous Litigation Documents and Email Production from Eolas Technologies Incorporated (Dkt. 221; joined by Amazon and Google in Dkt. 226, Dkt. 227).

---

[1] Docket numbers referenced herein are to the docket of Case No: 3:17-cv-03022-JST.

**Deadline to Amend Pleadings**

The deadline to amend pleadings shall be August 15, 2017.  After this deadline, a party may still seek amendment, but must demonstrate good cause.  Fed. R. Civ. P. 16(b)(4).

**Infringement Contentions**

Eolas and Google shall meet and confer regarding Eolas's Infringement Contentions and shall file a letter brief not exceeding five pages, single spaced, with a description of their dispute, if there is one, and a proposed method of resolving that dispute by no later than August 25, 2017 at 5:00 p.m.

**Further Case Management Conference**

The Court will hold a Further Case Management Conference on December 5, 2017 at 2:00 P.M. in Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties will submit Joint Case Management Statements no later than November 28, 2017.

IT IS SO ORDERED.

It is further ORDERED that all deadlines of the Court in the above-captioned cases shall occur by 5:00 P.M. on the day of the deadline unless otherwise ordered.  The above deadlines are summarized below.  All other prior case deadlines remain stayed pending the entry of a further schedule at the December 5, 2017 Further Case Management Conference.

| DEADLINE DESCRIPTION | DATE |
| --- | --- |
| Parties to submit schedule for early summary judgment briefing and motion for limited reconsideration of claim construction | Friday, August 4, 2017 |
| Eolas and Amazon to submit stipulation as to choice of law for Eolas's disqualification motion, or submit opening briefs regarding choice of law | Friday, August 11, 2017 |
| Deadline to Amend Pleadings | Tuesday, August 15, 2017 |

| **DEADLINE DESCRIPTION** | **DATE** |
|---|---|
| If no stipulation filed, Eolas and Amazon to submit opposition briefs on Eolas's disqualification motion | Friday, August 18, 2017 |
| Eolas and Google to submit letter brief regarding Eolas' Infringement Contentions | Friday, August 25, 2017 |
| Further Case Management Conference | Tuesday, December 5, 2017 |

Dated: __August 8, 2017__   _____
Honorable Jon S. Tigar
United States District Judge

4

| | |
|---|---|
| DATED:  August 4, 2017 | Respectfully submitted, |
| | |
| | By  */s/ Richard Frenkel* |
| | DOUGLAS E. LUMISH, Bar No. 183863 |
| | doug.lumish@lw.com |
| | RICHARD G. FRENKEL, Bar No. 204133 |
| | rick.frenkel@lw.com |
| | JEFFREY G. HOMRIG, Bar No. 215890 |
| | jeff.homrig@lw.com |
| | NICHOLAS YU, Bar No. 298768 |
| | nicholas.yu@latham.com |
| | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| | Menlo Park, CA 94025 |
| | Telephone: (650) 328-4600 |
| | Facsimile:  (650) 463-2600 |
| | |
| | JOSEPH H. LEE, Bar No. 248046 |
| | joseph.lee@lw.com |
| | LATHAM & WATKINS LLP |
| | 650 Town Center Drive, 20th Floor |
| | Costa Mesa, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| | Facsimile:  (714) 755-8290 |
| | |
| | AMIT MAKKER, Bar No. 280747 |
| | amit.makker@lw.com |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| | Telephone: (415) 395-8034 |
| | Facsimile:  (415) 395-8095 |
| | |
| | MELISSA ARBUS SHERRY (pro hac vice) |
| | melissa.sherry@lw.com |
| | ELANA NIGHTINGALE DAWSON (pro hac vice) |
| | elana.nightingaledawson@lw.com |
| | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, Suite 1000 |
| | Washington, DC 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile:  (202) 637-2201 |
| | |
| | JENNIFER H. DOAN (pro hac vice) |
| | jdoan@haltomdoan.com |
| | JOSHUA R. THANE (pro hac vice) |
| | jthane@haltomdoan.com |

5

J. RANDY ROESER (pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

*Attorneys for Defendant Amazon.com, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ David Perlson*
David A. Perlson (CA Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700
*Attorneys for Defendant Google Inc.*


By */s/ Bijal Vakil*
Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Allen W. Wang (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:      (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: allen.wang@whitecase.com

JOHN R. KEVILLE (admitted *Pro Hac Vice*)
ERIC S. SCHLICHTER (admitted *Pro Hac Vice*)
ROBERT L. GREEN (admitted *Pro Hac Vice*)

6

WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: eschlichter@winston.com
Email: rlgreen@winston.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

MCKOOL SMITH P.C.

By */s/ Kevin Burgess*
   Kevin Burgess
   MCKOOL SMITH, P.C.
   300 West 6th Street, Suite 1700
   Tel. (512) 692-8700; Fax: (512) 692-8744
   kburgess@mckoolsmith.com
   *Attorneys for Plaintiff Eolas Technologies Incorporated*

## ATTESTATION

I, Rick Frenkel, am the ECF user whose userid and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: August 4, 2017          */s/ Richard Frenkel*
                                Richard G. Frenkel

7

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST;
3:17-cv-03023-JST

[PROPOSED] ORDER REGARDING CASE
MANAGEMENT CONFERENCE