1   KELLY TIDWELL (pro hac vice)        DOUGLAS E. LUMISH, Bar No. 183863
kbt@texarkanalaw.com               doug.lumish@lw.com

2   GEOFFREY CULBERTSON (pro hac vice)   RICHARD G. FRENKEL, Bar No. 204133
gpc@texarkanalaw.com               rick.frenkel@lw.com

3   PATTON TIDWELL & CULBERTSON, LLP   JEFFREY G. HOMRIG, Bar No. 215890
2800 Texas Boulevard               jeff.homrig@lw.com

4   Texarkana, TX  75503               NICHOLAS YU, Bar No. 298768
Telephone:  (903) 792 7080          nicholas.yu@latham.com

5   Facsimile:   (903) 792 8233          LATHAM & WATKINS LLP
140 Scott Drive

6   Counsel for Plaintiff               Menlo Park, CA 94025
EOLAS TECHNOLOGIES             Telephone: (650) 328-4600

7   INCORPORATED                 Facsimile:  (650) 463-2600

8                                  [additional counsel listed on signature page]

9                                  Counsel for Defendant
AMAZON.COM, INC.

10

                  **UNITED STATES DISTRICT COURT**

11

                **NORTHERN DISTRICT OF CALIFORNIA**

12

                    **SAN FRANCISCO DIVISION**

13

14   EOLAS TECHNOLOGIES           Case No: 3:17-cv-03022-JST

15   INCORPORATED,

                               **JOINT STIPULATION AND [PROPOSED]**

16               Plaintiff,        **ORDER REGARDING SUPPLEMENTAL**
                                **BRIEFING ON EOLAS'S MOTION TO**

17       v.                    **DISQUALIFY LATHAM & WATKINS**
                                  **LLP**

18   AMAZON.COM, INC.,

19               Defendant.

20

21

22

23

24

25

26

27

28

1       Pursuant to the Court's guidance at the Case Management Conference held August 2,

2  2017, counsel for Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant

3  Amazon.com, Inc. ("Amazon"), met and conferred by telephone on August 4, 2017, regarding

4  Eolas's pending motion to disqualify Latham & Watkins LLP from representing Amazon.  The

5  parties were unable to reach an agreement about what body of law should govern that motion in

6  light of the transfer of the case to this district.  Eolas's position is that California law should

7  apply; Amazon's position is that Texas law, as already briefed, should apply.  But although the

8  parties did not reach agreement on the applicable law, they agreed on and hereby stipulate to the

9  following course of action concerning further briefing:

10       1.      In accordance with the Court's guidance, the parties will file simultaneous

11  supplemental briefs of not more than 10 pages (excluding attachments, which would be limited

12  to items from the prior record or unpublished legal authorities) by 5 p.m. on Friday, August 11,

13  2017.

14       2.      Those briefs will address three topics:

15            a.      Whether Texas or California law should govern Eolas's motion to

16                    disqualify.

17            b.      Any relevant differences between Texas and California law.

18            c.      If the Court decides to apply California law, whether or how those

19                    differences impact the resolution of Eolas's motion.

20       3.      The parties will file simultaneous response briefs of not more than 7 pages

21  (excluding attachments, limited as noted above) by 5 p.m. on Friday, August 18, 2017.  The

22  parties will not file replies.

23       4.      The parties agree, except as set forth in their supplemental briefs, that Texas and

24  California law are substantially similar with respect to Eolas's motion to disqualify, and given

25  that the parties have already fully developed the factual record in the existing briefing, fully re-

26  briefing the disqualification motion is unnecessary and would waste the Court's and the parties'

27  time and resources.

28

  Case Nos. 3:17-cv-03022-JST                JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SUPPLEMENTAL BRIEFING ON
EOLAS'S MOTION TO DISQUALIFY

| | |
|---|---|
| 1 | DATED:  August 7, 2017 |

Respectfully submitted,

By  /s/ Geoffrey Culbertson
KELLY TIDWELL (pro hac vice)
kbt@texarkanalaw.com
GEOFFREY CULBERTSON (pro hac vice)
gpc@texarkanalaw.com
PATTON TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, TX  75503
Telephone:  (903) 792-7080
Facsimile:  (903) 792-8233

Counsel for Plaintiff
EOLAS TECHNOLOGIES INCORPORATED

By  /s/ Richard Frenkel
DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile:  (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
GRAHAM E. PHILLIPS (pro hac vice)
graham.phillips@lw.com

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Nos. 3:17-cv-03022-JST                    JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SUPPLEMENTAL BRIEFING ON
EOLAS'S MOTION TO DISQUALIFY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

Counsel for Defendant
AMAZON.COM, INC.

## **ATTESTATION**

I, Rick Frenkel, am the ECF user whose userid and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  August 7, 2017          */s/ Richard Frenkel*
                                                    Richard Frenkel

3

Case Nos. 3:17-cv-03022-JST

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SUPPLEMENTAL BRIEFING ON
EOLAS'S MOTION TO DISQUALIFY

# [PROPOSED] ORDER

Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant Amazon.com, Inc. ("Amazon"), stipulated to the following briefing schedule:

1.      By 5 p.m. on Friday, August 11, 2017, Eolas and Amazon will file simultaneous briefs regarding (a) whether Texas or California law applies to Eolas's pending motion to disqualify, (b) the relevant differences between Texas and California law, and (c) how those differences impact the resolution of Eolas's motion.  These briefs shall not exceed 10 pages (excluding attachments, which shall be limited to items from the prior record or unpublished legal authorities) but shall otherwise comply with Civil Local Rule 7 in all respects.

2.      By 5 p.m. on Friday, August 18, 2017, Eolas and Amazon will file simultaneous response briefs.  These briefs shall not exceed 7 pages (excluding attachments, limited as noted above) but shall otherwise comply with Civil Local Rule 7 in all respects.

3.      No further briefs shall be filed without permission of the Court.

The parties' joint stipulation is GRANTED.  The parties shall submit briefs pursuant to the above schedule.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   August 8, 2017

_____
Honorable Jon S. Tigar
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY
Case Nos. 3:17-cv-03022-JST
JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SUPPLEMENTAL BRIEFING ON
EOLAS'S MOTION TO DISQUALIFY