[Counsel identified on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No: 3:17-cv-01138-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING EARLY SUMMARY JUDGMENT AND CLAIM CONSTRUCTION RECONSIDERATION BRIEFING SCHEDULES** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No: 3:17-cv-03022-JST |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No: 3:17-cv-03023-JST |

| | |
|---|---|
| 1 | Pursuant to Court's Minute Entry regarding the Case Management Conference held August 2, 2017 (ECF No. 372), and Civil Local Rule 7-12, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows: |

Pursuant to Court's Minute Entry regarding the Case Management Conference held August 2, 2017 (ECF No. 372), and Civil Local Rule 7-12, Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants"), by and through their respective attorneys, hereby submit the following Joint Stipulation, as follows:

WHEREAS, at the August 2, 2017 Case Management Conference, the Court ordered that Defendants are allowed to file a single motion for summary judgment regarding double patenting, obviousness-type double patenting, collateral estoppel, and/or res judicata (including *Kessler* doctrine);

WHEREAS, at the August 2, 2017 Case Management Conference, the Court ordered that Eolas may cross-move for summary judgment regarding double patenting, obviousness-type double patenting, collateral estoppel, and/or res judicata (including *Kessler* doctrine);

WHEREAS, at the August 2, 2017 Case Management Conference, the Court ordered that the parties meet and confer as to a briefing schedule for such summary judgment motions;

WHEREAS, at the August 2, 2017 Case Management Conference, the Court ordered that the parties meet and confer as to a briefing schedule for reconsideration of claim construction with respect to the term "interactive-content application";

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court enter the below briefing schedule for the early summary judgment and claim construction reconsideration motions.

| DEADLINE DESCRIPTION | DATE |
|---|---|
| Defendants file motion for summary judgment | Friday, September 15, 2017 |
| Defendants file motion for limited reconsideration of claim construction | Tuesday, September 26, 2017 |

1

| **DEADLINE DESCRIPTION** | **DATE** |
|---|---|
| Eolas files opposition brief, and if desired cross-motion for summary judgment | Friday, October 6, 2017 |
| Eolas files opposition brief to motion for limited reconsideration of claim construction | Friday, October 13, 2017 |
| Defendants file reply brief for Defendants' motion for summary judgment, and opposition brief to Eolas's cross-motion for summary judgment, if one was filed | Wednesday, October 18, 2017 |
| Technology Tutorial | ~~At Court's convenience~~ |
| Eolas files reply brief for Eolas's cross-motion for summary judgment, if one was filed | Wednesday, October 25, 2017 |
| Defendants file reply brief to motion for limited reconsideration of claim construction | Wednesday, October 25, 2017 |

| **DEADLINE DESCRIPTION** | **DATE** |
|---|---|
| Hearing on summary judgment motions | ~~Wednesday, November 1, 2017, if the Court is available~~[1,2] |
| Claim Construction Hearing | At Court's convenience |

---

[1] Defendants believe that the Court will be better prepared for a hearing on Defendants' summary judgment motion, as well as Defendants motion for reconsideration regarding "interactive-content application," if the Court conducts the technology tutorial first. If the Court has no earlier dates available for a technology tutorial, Defendants suggest that since all parties appear to be available on November 1, the Court conduct the tutorial on that date, and hold the hearing on the summary judgment motion on December 5, the date the parties are available for the Further Case Management Conference. In response to Eolas's footnote below, counsel for Google is unavailable November 6-17, 2017 due to a trial in another matter.

[2] Eolas is amenable to Defendants' proposal to have a tutorial on November 1, 2017 in conjunction with the summary judgment hearing, if the Court desires. On the other hand, a change of date for a hearing on Defendants' summary judgment motion from November 1 to December 5, 2017 is strongly disfavored by Eolas. If a date other than November 1 is needed, Eolas's counsel is available for a hearing on November 2, 9, or 16. As noted at the Case Management Conference, Eolas continues to believe that the hearing on Defendants' summary judgment motion should be heard in advance of the December 5th Further Case Management Conference so that the conference will be more productive and so that the parties may quickly resume case deadlines after that conference. Further, it would be very inconvenient for Eolas's counsel to prepare for and attend a December 5 hearing that would encompass summary judgment issues in view of a previously-scheduled claim construction hearing on December 1 in Marshall, Texas, particularly given the other alternative dates in November upon which the hearing could be scheduled depending on Defendants' and Court availability. To be clear, however, Eolas and its counsel remain available for the Further Case Management Conference on December 5.

| | | |
|---|---|---|
| 1 | DATED: August 4, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By */s/ Kevin Burgess*<br>Stephanie Adams Ryan, SBN 289548 |
| | | MCKOOL SMITH, P.C. |
| 4 | | 255 Shoreline Drive, Suite 510 |
| | | Redwood Shores, California 94065 |
| 5 | | Tel: (650) 394-1400; Fax: (650) 394-1422 |
| | | sadamsryan@mckoolsmith.com |
| 6 | | |
| | | John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*) |
| 7 | | Kevin Burgess, TX SBN 24006927 (admitted *Pro Hac Vice*) |
| 8 | | Craig N. Tolliver, TX SBN 24028049 (admitted *Pro Hac Vice*) |
| 9 | | James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*) |
| 10 | | MCKOOL SMITH, P.C. |
| 11 | | 300 West 6th Street, Suite 1700 |
| | | Austin, Texas 78701 |
| 12 | | Tel. (512) 692-8700; Fax: (512) 692-8744 |
| | | kburgess@mckoolsmith.com |
| 13 | | jcampbell@mckoolsmith.com |
| | | ctolliver@mckoolsmith.com |
| 14 | | jquigley@mckoolsmith.com |
| 15 | | *Attorneys for Plaintiff* |
| | | *Eolas Technologies Incorporated* |
| 16 | | |
| 17 | | By */s/ David Perlson* |
| 18 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 19 | | Charles K. Verhoeven (CA Bar No. 170151) |
| | | charlesverhoeven@quinnemanuel.com |
| 20 | | David A. Perlson (CA Bar No. 209502) |
| | | davidperlson@quinnemanuel.com |
| 21 | | Carl G. Anderson (CA Bar No. 239927) |
| | | carlanderson@quinnemanuel.com |
| 22 | | Michael D. Powell (CA Bar No. 202850) |
| | | mikepowell@quinnemanuel.com |
| 23 | | Lindsay M. Cooper (CA Bar No. 287125) |
| | | lindsaycooper@quinnemanuel.com |
| 24 | | Felipe Corredor (CA Bar No. 295692) |
| | | felipecorredor@quinnemanuel.com |
| 25 | | 50 California Street, 22nd Floor |
| 26 | | San Francisco, CA 94111 |
| | | Telephone: 415-875-6600 |
| 27 | | Facsimile: 415-875-6700 |
| 28 | | *Attorneys for Defendant Google Inc.* |

By */s/ Richard Frenkel*

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile: (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

JENNIFER H. DOAN (pro hac vice)
jdoan@haltomdoan.com
JOSHUA R. THANE (pro hac vice)
jthane@haltomdoan.com
J. RANDY ROESER (pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST;
3:17-cv-03023-JST

JOINT STIPULATION AND [PROPOSED] ORDER
SETTING EARLY SJ AND CC RECONSIDERATION
BRIEFING SCHEDULES

| | |
|---|---|
| 1 | GRANT KINSEL, Bar No. 172407 |
| | gkinsel@perkinscoie.com |
| 2 | PERKINS COIE, LLP |
| | 1203 3rd Street, 39th Floor |
| 3 | Seattle, WA 98112 |
| | Telephone: (206)-395-316 |
| 4 | Facsimile: (206) 359-9000 |

*Counsel for Defendant*
*AMAZON.COM, INC.*

By */s/ Bijal Vakil*

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Allen W. Wang (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: allen.wang@whitecase.com

JOHN R. KEVILLE (admitted *Pro Hac Vice*)
ERIC S. SCHLICHTER (admitted *Pro Hac Vice*)
ROBERT L. GREEN (admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: eschlichter@winston.com
Email: rlgreen@winston.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

6

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST;
3:17-cv-03023-JST

JOINT STIPULATION AND [PROPOSED] ORDER
SETTING EARLY SJ AND CC RECONSIDERATION
BRIEFING SCHEDULES

# [~~PROPOSED~~] ORDER

Plaintiff Eolas Technologies Incorporated and Defendants Google Inc. ("Google"), Amazon.com, Inc. ("Amazon"), and Wal-Mart Stores, Inc. ("Walmart") (collectively, "Defendants") have stipulated to the below briefing schedule.

| DEADLINE DESCRIPTION | DATE |
|---|---|
| Defendants file motion for summary judgment | Friday, September 15, 2017 |
| Defendants file motion for limited reconsideration of claim construction | Tuesday, September 26, 2017 |
| Eolas files opposition brief, and if desired cross-motion for summary judgment | Friday, October 6, 2017 |
| Eolas files opposition brief to motion for limited reconsideration of claim construction | Friday, October 13, 2017 |
| Defendants file reply brief for Defendants' motion for summary judgment, and opposition brief to Eolas's cross-motion for summary judgment, if one was filed | Wednesday, October 18, 2017 |
| Technology Tutorial | ~~At Court's convenience~~ October 31, 2017 at 2:00 p.m. |
| Eolas files reply brief for Eolas's cross-motion for summary judgment, if one was filed | Wednesday, October 25, 2017 |
| Defendants file reply brief to motion for limited reconsideration of claim construction | Wednesday, October 25, 2017 |
| Hearing on summary judgment motions | ~~Wednesday, November 1, 2017~~ December 5, 2017 at 2:00 p.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case Nos. 3:17-cv-01138-JST; 3:17-cv-03022-JST; 3:17-cv-03023-JST

JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING EARLY SJ AND CC RECONSIDERATION BRIEFING SCHEDULES

| **DEADLINE DESCRIPTION** | **DATE** |
|---|---|
| Claim Construction Hearing | At Court's convenience |

The parties' joint stipulation is GRANTED. The parties shall submit briefs pursuant to the above schedule.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 8, 2017

_____
Honorable Jon S. Tigar
United States District Judge