MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

Kevin Burgess, TX SBN 24006927
(admitted *Pro Hac Vice*)
John B. Campbell, TX SBN 24036314
(admitted *Pro Hac Vice*)
Craig N. Tolliver, TX SBN 24028049
(admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810
(admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
ctolliver@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | CASE NO. 3:17-CV-03022-JST<br><br>**DECLARATION OF JOHN CAMPBELL IN SUPPORT OF EOLAS TECHNOLOGIES INCORPORATED'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER RE: PROSECUTION BAR (ECF NO. 387)**<br><br>**Hearing:**<br>Date:<br>Time:<br>Place:  Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

McKool 1333181v1

I, John Campbell, hereby declare as follows:

1. I am an attorney at McKool Smith P.C., counsel for plaintiff Eolas Technologies Incorporated ("Eolas") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and could testify competently as to the matters set forth herein. I make this declaration in support of EOLAS TECHNOLOGIES INCORPORATED'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER RE: PROSECUTION BAR (ECF NO. 387).

2. Attached hereto as **Exhibit 1** is a true and correct copy of Eolas's MOTION FOR A HEARING ON, AND RECONSIDERATION OF, THE COURT'S ORDER RE: PROSECUTION BAR (ECF NO. 387), including all Attachments and Exhibits thereto.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct, and that this declaration was executed on September 14, 2017, in Austin, Texas.

*/s/ John Campbell* _____
John Campbell

-1-

McKool 1333181v1