[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | Case No. 3:17-cv-03022-JST-JSC |
| Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND EOLAS'S DEADLINE FOR RESPONDING TO COURT'S DECEMBER 21, 2017 ORDER (ECF NO. 414)** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

1       Pursuant to Civil Local Rule 6-2, and Civil Local Rule 7-12, , Plaintiff Eolas Technologies

2   Incorporated ("Eolas") and Defendant Amazon.com, Inc. ("Amazon"), by and through their

3   respective attorneys, hereby submit the following Joint Stipulation, as follows:

4       WHEREAS, on December 21, 2017, the Court entered an Order: (1) ordering "on or before

5   January 18, 2018, Eolas shall produce these non-confidential attachments and produce an updated

6   privilege log, or file a brief explaining how it can claim attorney-client or work-product privilege

7   over" certain documents as well as "submit to the Court for *in camera* review any documents

8   which it has omitted from its recent log and its *in camera* production from the January 1, 2014-

9   July 22, 2014 timeframe which would include EOLASPRIV-CK00328 through EOLASPRIV-

10  CK00421" (referred to herein as "Eolas's Response to the Court's December 21 Order"); and (2)

11  setting a discovery hearing for February 1, 2018, at 9:00 a.m. in Courtroom F, 450 Golden Gate

12  Ave. San Francisco, California (ECF No. 414);

13      WHEREAS, on January 8, 2018, the Court entered a Notice setting the start time for the

14  February 1, 2018, hearing at 11:00 a.m. (ECF No. 415);

15      WHEREAS, on January 9, 2018, the parties jointly stipulated to move the hearing to

16  January 25, 2018, in light of the scheduling conflict for Amazon's counsel (ECF No. 417);

17      WHEREAS, on January 11, 2018, a closely related family member of one of Eolas's

18  counsel who had planned to substantively participate in Eolas's Response to the Court's December

19  21 Order passed away;

20      WHEREAS, on January 12, 2018, after emails were exchanged between counsel for the

21  parties and the Courtroom Deputy for the Court between January 10, 2018, and January 12, 2018,

22  the Court, at the request of the parties, continued the hearing to March 29, 2018, at 9:00 a.m. in

23  Courtroom F, 450 Golden Gate Ave. San Francisco, California at the request of the parties (ECF

24  No. 420);

25      WHEREAS, the parties have met and conferred and agreed to extend the deadline for

26  Eolas's Response to the Court's December 21 Order from January 18, 2018, to January 25, 2018;

27

28

-1-

Case No. 3:17-cv-03022-JST-JSC        JOINT STIPULATION AND [PROPOSED] ORDER

1    NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY

2  REQUEST that the Court extend the deadline for Eolas's Response to the Court's December 21

3  Order to January 25, 2018.

4

5

6

7  DATED:  January 16, 2018                    Respectfully submitted,

8                                              By  /s/ Mike McKool
                                               Stephanie Adams Ryan, SBN 289548
9                                              MCKOOL SMITH, P.C.
                                               255 Shoreline Drive, Suite 510
10                                             Redwood Shores, California 94065
                                               Tel: (650) 394-1400; Fax: (650) 394-1422
11                                             sadamsryan@mckoolsmith.com

12                                             Mike McKool, TX SBN 13732100
                                               (admitted Pro Hac Vice)
13                                             McKool Smith, P.C.
                                               300 Crescent Court, Suite 1500
14                                             Dallas, TX 75201
                                               Tel: (214) 978-4000; Fax: (214) 978-4044
15                                             mmckool@mckoolsmith.com

16                                             John B. Campbell, TX SBN 24036314
                                               (admitted Pro Hac Vice)
17                                             Kevin Burgess, TX SBN 24006927
                                               (admitted Pro Hac Vice)
18                                             Craig N. Tolliver, TX SBN 24028049
                                               (admitted Pro Hac Vice)
19                                             James E. Quigley, TX SBN 24075810
                                               (admitted Pro Hac Vice)
20                                             MCKOOL SMITH, P.C.
                                               300 West 6th Street, Suite 1700
21                                             Austin, Texas 78701
                                               Tel. (512) 692-8700; Fax: (512) 692-8744
22                                             kburgess@mckoolsmith.com
                                               jcampbell@mckoolsmith.com
23                                             ctolliver@mckoolsmith.com
                                               jquigley@mckoolsmith.com
24
                                               Attorneys for Plaintiff
25                                             Eolas Technologies Incorporated

26

27                                             By  /s/ Joseph Lee
                                               DOUGLAS E. LUMISH, Bar No. 183863
28                                             doug.lumish@lw.com

RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile:  (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (pro hac vice)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (pro hac vice)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

JENNIFER H. DOAN (pro hac vice)
jdoan@haltomdoan.com
JOSHUA R. THANE (pro hac vice)
jthane@haltomdoan.com
J. RANDY ROESER(pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112

-3-

McKool 1348601v1

Telephone: (206)-395-316
Facsimile: (206) 359-9000

Counsel for Defendant
AMAZON.COM, INC.


## **ATTESTATION**

I, Mike McKool, am the ECF user whose user ID and password authorized the filing of this document.   Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  January 16, 2018          */s/ Mike McKool*
                                          Mike McKool

Case No. 3:17-cv-03022-JST-JSC          JOINT STIPULATION AND [PROPOSED] ORDER

McKool 1348601v1

## [~~PROPOSED~~] ORDER

Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant Amazon.com, Inc. ("Amazon") have stipulated to extend Eolas's deadline to respond to the Court's December 21, 2017 Order (ECF No. 414) from January 18, 2018, to January 25, 2018.

The parties' joint stipulation is GRANTED.  Eolas's deadline to respond to the Court's December 21, 2017 Order (ECF No. 414) is extended from January 18, 2018, to January 25, 2018

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED: __January 16, 2018_____

Honorable Jacqueline Scott Corley
United States Magistrate Judge

McKool 1348601v1