# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** April 19, 2018   **Time:** 9 minutes   **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 17-cv-03022-JST   **Case Name:** Eolas Technologies Incorporated v. Amazon.com, Inc.

**Attorneys for Plaintiff:** Kevin Burgess; John Campbell Jr.
**Attorneys for Defendant Amazon:** Grant Kinsel; Amit Makker; Jennifer Doan
**Attorneys for Defendant Google**: David Perlson; Miles Freeman
**Attorney for Defendant Walmart**: Bijal Vakil

**Deputy Clerk:** Ada Means   **FTR Digital Recording:** 9:03-9:12

## PROCEEDINGS

Telephonic discovery hearing held.

## ORDERED AFTER HEARING

Further discovery hearing is scheduled for 4/26/2018 at 9:00 am.

**Order to be prepared by:**
[ ]   Plaintiff          [ ]   Defendant          [ ]   Court