Stephanie Adams Ryan (SBN 289548)
**MCKOOL SMITH P.C.**
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:    (650) 394-1400
Fax:    (650) 394-1422
sadamsryan@mckoolsmithhennigan.com

Mike McKool, TX SBN 13732100
(admitted *Pro Hac Vice*)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000; Fax: (214) 978-4044
mmckool@mckoolsmith.com

Kevin L. Burgess (admitted *pro hac vice*)
John B. Campbell (admitted *pro hac vice*)
James E. Quigley (admitted *pro hac vice*)
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700;
Fax:    (512) 692-8744
kburgess@McKoolSmith.com
jcampbell@McKoolSmith.com
jquigley@McKoolSmith.com

Attorneys for Defendant
Eolas Technologies Incorporated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:17-cv-03022-JST<br><br>**NOTICE OF WITHDRAWAL OF CRAIG TOLLIVER AS COUNSEL FOR EOLAS TECHNOLOGIES AND [PROPOSED] ORDER**<br><br>JUDGE: Hon. Jon S. Tigar |

Case No. 3:17-cv-03022-JST

1  PLEASE TAKE NOTICE that Craig Tolliver of McKool Smith, P.C. hereby withdraws his appearance as counsel for Defendant Eolas Technologies Incorporated in the above-captioned matter.  Mr. Tolliver was previously admitted to represent Eolas Technologies Incorporated in association with the law firm of McKool Smith P.C., counsel of record for Eolas Technologies Incorporated. Mr. Tolliver is departing from McKool Smith P.C. Mike McKool, Kevin Burgess, John Campbell, James Quigley, and Stephanie Adams Ryan of McKool Smith P.C. continue to act as counsel of record for Eolas Technologies Incorporated.

Accordingly, it is hereby requested that the Court remove Mr. Tolliver's name and e-mail address from the service list that is on file with the Court in this action.

DATED: April 23, 2018

Respectfully submitted,

**McKool Smith Hennigan, P.C.**

By: *Kevin Burgess*
Kevin Burgess
(admitted *Pro Hac Vice*)
**McKool Smith, P.C.**
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
Attorney for Defendant
Eolas Technologies Incorporated

IT IS SO ORDERED

DATED: April 24, 2018

Honorable Jon S. Tigar
United States District Judge

1360889