UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EOLAS TECHNOLOGIES INCORPORATED, | Case No.17-cv-03022-JST (JSC) |
|---|---|
| Plaintiff, | **ORDER REQUESTING JOINT STATUS UPDATE** |
| v. | |
| AMAZON.COM INC, | |
| Defendant. | |

The parties are ordered to provide a Joint Status Update regarding discovery by August 16, 2018.

**IT IS SO ORDERED.**

Dated: July 16, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge