BIJAL V. VAKIL (SBN 192878)
SHAMITA D. ETIENNE-CUMMINGS (SBN 202090)
ALLEN W. WANG (SBN 278953)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA 94306
Telephone: (650) 213-0300; Fax: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: allen.wang@whitecase.com

JOHN R. KEVILLE (admitted *pro hac vice*)
ERIC S. SCHLICHTER (admitted *pro hac vice*)
ROBERT L. GREEN (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Tel.: (713) 651-2600; Fax: (713) 651-2700
Email: jkeville@winston.com
Email: eschlichter@winston.com
Email: rlgreen@winston.com

Attorneys for Defendant
WALMART INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC.,[1]<br><br>Defendant. | Case No. 3:17-cv-03023-JST<br><br>**WAL-MART STORES, INC. NOTICE TO COURT REGARDING JOINT STATUS UPDATE**<br><br>**JURY TRIAL DEMANDED** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 3:17-cv-03022-JST |

---

[1] Walmart Stores, Inc. formally changed its name to Walmart Inc. on February 1, 2018.

Walmart files this notice pursuant to the Court's order, Dkt. 448, Case No. 17-cv-03022, calling for "[t]he parties to provide a Joint Status Update regarding discovery."

Walmart attempted to meet and confer with Eolas on the joint update, and provided Eolas with a draft at that time, but Eolas informed Walmart it would exclude Walmart's position from the update. To prevent the Court from reaching the conclusion that Walmart has chosen to take no position on discovery, Walmart provides its position below:

**WALMART'S POSITION**

As stated by Walmart's counsel during the April 26, 2018 proceedings on the question of document production, the McKool documents go to substantive issues including, but not limited to, Walmart's defenses of patent term adjustment and unclean hands. See Walmart's Second Amended Answer to Second Amended Complaint at 5-6, Dkt. No. 93, CAND-3-17-cv-03023. However, to date Eolas has been unwilling to provide these documents to Walmart, despite several discussions and Walmart's further attempts to confer. Walmart has not escalated the issue while disputes remain as to the scope of Eolas's production to Google and Amazon. However, Walmart seeks the Court's guidance in streamlining the dispute between Walmart and Eolas to achieve a resolution. It would be more efficient for Walmart to be involved in these proceedings as they occur in the first instance.

Dated: August 16, 2018

Respectfully submitted,

By:   */s/ Bijal V.Vakil*
      Bijal V. Vakil

Attorneys for Defendant Walmart Inc.