UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC,<br><br>Defendant. | Case No.17-cv-03022-JST   (JSC)<br><br>**ORDER FOLLOWING SEPTEMBER 6, 2018 STATUS CONFERENCE** |

The parties appeared before the Court for a Status Conference on September 6, 2018. This Order confirms the matters discussed.

**1. Eolas's production of redacted documents**: Eolas will submit unredacted copies of the at-issue documents to the Court for *in camera* review by September 11, 2018.

**2. Eolas's response to Google and Amazon's request for the production of documents:** Eolas will respond to the additional document request by the deadline.

**3. Amazon and Google's motion to compel production of post-July 22 documents:** Amazon and Google shall file their motion to compel by September 20, Eolas's opposition is due October 4, Amazon and Google's reply is due October 11. The Court will hear argument on October 17 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

**4. Depositions:** Amazon and Google shall have eight hours total to depose the noticed McKool Smith attorneys at McKool Smith's offices. Likewise, Amazon and Google shall have eight hours total to depose the noticed Eolas executives at Eolas's offices or at a location of Eolas's choosing. Amazon and Google may depose Charles Krueger for three hours at a location of his choosing. All of these depositions are limited to questioning relevant to the application of the patent prosecution bar. The parties shall work together to schedule these depositions to occur

in November after the Court has ruled on Amazon and Google's motion to compel.

**5. Eolas's request for discovery:** In light of the views expressed by the Court at the September 6, 2018 conference, the parties shall meet and confer about Eolas's discovery to Amazon and Google regarding their understanding of when the patent prosecution bar expired as well as Eolas's requests regarding the nature of the remedies sought by Amazon and Google in connection with the alleged violation of the patent prosecution bar.

**IT IS SO ORDERED.**

Dated: September 7, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2