DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
Jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298769
nicholas.yu@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: 650.328.4600
Fax: 650.463.2600
Counsel for Defendant
AMAZON.COM, INC.
[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>             Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>             Defendant. | Case No: 3:17-cv-03022-JST-JSC<br><br>**AMAZON'S MOTION TO ENLARGE TIME FOR FILING MOTION TO COMPEL POST-JULY 22, 2014 DOCUMENTS AND SHORTEN TIME FOR ANY OPPOSITION TO THIS MOTION PURSUANT TO CIVIL L.R. 6-3** |

Pursuant to Civil Local Rule 6-3, Amazon.com, Inc. ("Amazon") moves to enlarge the time to file the motion to compel production of post-July 22 documents from the current deadline of September 20, 2018 by two business days, until September 24, 2018, and to modify associated briefing dates. Amazon does not seek to change the hearing and argument date. Counsel for Google, Inc. ("Google") does not oppose this motion. Counsel for Eolas and McKool Smith were consulted, and informed Amazon that it takes no position on Amazon's motion.

In light of the current September 20 deadline, Amazon also moves to shorten the time for Eolas and McKool Smith to file any opposition to this motion such that any opposition is due on September 18, 2018 by 12:00 p.m. In support of its motions to enlarge time on its motion to compel and to shorten time on opposition to this motion to enlarge, Amazon submits the Declaration of Richard G. Frenkel ("Frenkel Declaration") and two proposed orders. Per the requirements of Civil Local Rule 6-3, the accompanying Frenkel Declaration sets forth with particularity the reasons for the requested enlargement of time, as well as the need to shorten time for any opposition, and is incorporated herein by reference.

The Court's September 7, 2018 Order (ECF No. 453) set a briefing and hearing schedule for Amazon and Google's motion to compel production of post-July 22 documents. Amazon and Google's opening brief is due September 20, 2018, the day after Yom Kippur. As the Court may know, Yom Kippur is considered the holiest day of the year in Judaism. Observance includes a full day of fasting and intensive prayer in a synagogue. Frenkel Declaration, ¶ 6. Members of Amazon's team involved in these proceedings, including Amazon's in-house counsel responsible for this action, will be observing Yom Kippur, and were out of the office for Rosh Hashanah, which was September 10-11, also during the time period of Amazon's briefing. *Id.*, ¶ 4. This is an important brief regarding an issue that is very important to Amazon that may involve improper disclosure and use of Amazon's confidential information, provided pursuant to a Protective Order meant to safeguard against any such improper use. In order to allow all of Amazon's briefing team, especially including Amazon's in-house counsel, to be able to fully participate in preparing the brief, Amazon requests a modest adjustment to the briefing schedule to allow sufficient time after Yom Kippur before the brief is due.

Amazon is mindful of any additional delay to resolving these issues, which is why the dates it proposes do not change the hearing and argument date.  Amazon's proposed dates also give Eolas and McKool Smith the same amount of time to prepare any opposition as the Court's September 7 Order did.  While Amazon had hoped to submit a proposed modified briefing schedule earlier, Amazon was unable to get the position of Eolas and McKool Smith until just hours before this motion was filed.  Eolas and McKool Smith take no position on Amazon's motion. Frenkel Declaration, ¶ 5.

For the foregoing reasons, and the additional support in the accompanying declaration, Amazon requests that the Court grant the motion to enlarge time as follows:

| Item | Original Date | Proposed Date If Motion Is Granted |
|---|---|---|
| Amazon and Google file Motion to Compel | September 20, 2018 | September 24, 2018 |
| Opposition Brief | October 4, 2018 | October 8, 2018 |
| Reply Brief | October 11, 2018 | October 12, 2018 |
| Hearing and Argument | October 17, 2018 at 9:00 a.m. | October 17, 2018 at 9:00 a.m. |

As the current September 20 deadline is this week, Amazon also moves the Court for an order that any opposition filed by Eolas and McKool Smith be filed by September 18, 2018 by 12:00 p.m. so that both sides may be heard in advance of the September 20 deadline, and Amazon respectfully asks the Court to rule on the motion before the deadline.

DATED:  September 17, 2018                    Respectfully submitted,

By  /s/ Richard G. Frenkel

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com

| | |
|---|---|
| 1 | NICHOLAS YU, Bar No. 298768 |
| | nicholas.yu@latham.com |
| 2 | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| 3 | Menlo Park, CA 94025 |
| | Telephone: (650) 328-4600 |
| 4 | Facsimile: (650) 463-2600 |
| 5 | JOSEPH H. LEE, Bar No. 248046 |
| | joseph.lee@lw.com |
| 6 | LATHAM & WATKINS LLP |
| | 650 Town Center Drive, 20th Floor |
| 7 | Costa Mesa, CA 92626-1925 |
| | Telephone: (714) 540-1235 |
| 8 | Facsimile: (714) 755-8290 |
| 9 | AMIT MAKKER, Bar No. 280747 |
| | amit.makker@lw.com |
| 10 | LATHAM & WATKINS LLP |
| | 505 Montgomery Street, Suite 2000 |
| 11 | San Francisco, CA 94111-6538 |
| | Telephone: (415) 395-8034 |
| 12 | Facsimile: (415) 395-8095 |
| 13 | MELISSA ARBUS SHERRY (pro hac vice) |
| | melissa.sherry@lw.com |
| 14 | ELANA NIGHTINGALE DAWSON (pro hac vice) |
| | elana.nightingaledawson@lw.com |
| 15 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, Suite 1000 |
| 16 | Washington, DC 20004-1304 |
| | Telephone: (202) 637-2200 |
| 17 | Facsimile: (202) 637-2201 |
| 18 | JENNIFER H. DOAN (pro hac vice) |
| | jdoan@haltomdoan.com |
| 19 | JOSHUA R. THANE (pro hac vice) |
| | jthane@haltomdoan.com |
| 20 | J. RANDY ROESER (pro hac vice) |
| | rroeser@haltomdoan.com |
| 21 | HALTOM & DOAN |
| | 6500 Summerhill Road, Suite 1000 |
| 22 | Texarkana, TX 75503 |
| | Telephone: (903) 255-1000 |
| 23 | Facsimile: (903) 255-0800 |
| 24 | GRANT KINSEL, Bar No. 172407 |
| | gkinsel@perkinscoie.com |
| 25 | PERKINS COIE, LLP |
| | 1203 3rd Street, 39th Floor |
| 26 | Seattle, WA 98112 |
| | Telephone: (206)-395-316 |
| 27 | Facsimile: (206) 359-9000 |
| 28 | *Counsel for Defendant* |
| | *AMAZON.COM, INC* |