1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9   EOLAS TECHNOLOGIES                      Case No.17-cv-03022-JST   (JSC)
    INCORPORATED,

10                                          **ORDER RE: EOLAS'S *IN CAMERA***
            Plaintiff,                      **SUBMISSION**

11       v.                                 Re: Dkt. No. 458

12  AMAZON.COM INC,

13          Defendant.

14

15          At the September 6, 2018 status conference, Eolas agreed to provide the Court with

16  unredacted versions of certain disputed documents for *in camera* review.  (Dkt. Nos. 452, 453.)

17  Eolas has since done so.  (Dkt. No. 458.)  Although no privilege log was included with the

18  production, the Court notes that the following documents were submitted:

19  MCKOOLPRIVREV109-118, 168-169, 181-182.   Eolas states that these documents fall into one

20  of two categories: (1) documents regarding patents other than the '507 Patent, or (2)

21  administrative matters.

22          Having reviewed the submission, the Court concludes there is no reason for the

23  information in documents MCKOOLPRIVREV168-169 and 181-182, to be redacted.  While the

24  discussion in these emails may fall in the administrative matters category, Eolas previously agreed

25  to "produce all pre-July 22nd internal McKool Smith documents that reference the '507

26  prosecution" and the redactions on these pages fall within this category.  (Dkt. No. 444 at 8:21-

27  23.)  Eolas shall therefore produce these documents in unredacted form.  The redacted portions of

28  the remaining documents fall within the first category and need not be produced in unredacted

United States District Court
Northern District of California

1    form because they relate to patents other than the '507 Patent.

2            **IT IS SO ORDERED.**

3    Dated: September 18, 2018

5    _Jacqueline Scott Corley_
     JACQUELINE SCOTT CORLEY
6    United States Magistrate Judge

United States District Court
Northern District of California