UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No: 3:17-cv-03022-JST-JSC<br><br>[~~PROPOSED~~] **ORDER SETTING MOTION TO COMPEL BRIEFING SCHEDULE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

[~~PROPOSED~~] ORDER SETTING
MOTION TO COMPEL BRIEFING SCHEDULE

# [~~PROPOSED~~] ORDER

Before the Court is Plaintiff Eolas Technologies Inc. and Defendants Amazon.com, Inc. ("Amazon"), Google LLC ("Google") stipulated briefing schedule for Amazon and Google's motion to compel. The Court hereby GRANTS the stipulation and orders the briefing schedule for Amazon and Google's motion to compel set as follows:

| Event | Stipulated Date |
| --- | --- |
| Opening Brief | September 26, 2018 |
| Opposition Brief | October 11, 2018 |
| Reply Brief | October 19, 2018 |

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

The hearing shall be heard on November 9, 2018 at 9:30 a.m.

DATED: September 24, 2018

*[signature: Jacqueline Scott Corley]*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge