DURIE TANGRI LLP
MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Defendants
Wal-Mart Stores, Inc. and
Wal-Mart Stores Texas, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EOLAS TECHNOLOGIES INCORPORATED, | Case No. 3:17-cv-03022-JST-JSC |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR WAL-MART STORES, INC. AND WAL-MART STORES TEXAS, LLC AND [PROPOSED] ORDER** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that Mark A. Lemley of Durie Tangri LLP hereby moves for leave to withdraw as counsel for Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC (collectively "Wal-Mart") in the above-captioned matter. Mr. Lemley was previously admitted to represent Wal-Mart. White & Case, LLP, Winston & Strawn LLP, and The Heartfield Law Firm, continue to act as counsel of record for Wal-Mart.  Wal-Mart consents to this motion.

Accordingly, it is hereby requested that the Court remove Mr. Lemley's name and e-mail address from the service list that is on file with the Court in this action.

Dated:  December 7, 2018                     DURIE TANGRI LLP

                                             By:            */s/ Mark A. Lemley*
                                                         MARK A. LEMLEY

                                                 Attorney for Defendant
                                                 *Wal-Mart Stores, Inc. and*
                                                 *Wal-Mart Stores Texas, LLC*

IT IS SO ORDERED.


Dated: _____                     _____
                                             Honorable Jon S. Tigar
                                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Mark A. Lemley*
Mark A. Lemley