[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　Defendant. | Case No: 3:17-cv-03022-JST-JSC<br><br>**JOINT STATEMENT REGARDING SCHEDULE FOR COMPLETION OF PATENT PROSECUTION BAR DISCOVERY** |

Pursuant to the Court's Order, ECF No. 492, dated December 14, 2018, Amazon.com, Inc. ("Amazon"), Google LLC ("Google") and Eolas Technologies Inc. ("Eolas") hereby file this joint statement providing a schedule for the completion of the patent prosecution bar discovery.

The parties have agreed that the depositions of the McKool Smith lawyers, the Eolas employees, and Charles Krueger will be held between February 26, 2019 and March 8, 2019.  The parties agree that discovery of the patent prosecution bar, as thus far allowed by the Court, shall be complete on March 8, 2019.  Amazon and Google do not waive their right to request additional discovery should the depositions described above identify additional necessary discovery.

DATED:  January 4, 2019                    Respectfully submitted,

By */s/ Richard G. Frenkel*

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile:  (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (*pro hac vice*)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)

|  |  |
|---|---|
| 1 | elana.nightingaledawson@lw.com |
|  | LATHAM & WATKINS LLP |
| 2 | 555 Eleventh Street, Suite 1000 |
|  | Washington, DC 20004-1304 |
| 3 | Telephone: (202) 637-2200 |
|  | Facsimile:  (202) 637-2201 |

1  elana.nightingaledawson@lw.com
   LATHAM & WATKINS LLP
2  555 Eleventh Street, Suite 1000
   Washington, DC 20004-1304
3  Telephone: (202) 637-2200
   Facsimile:  (202) 637-2201

4  JENNIFER H. DOAN (*pro hac vice*)
   jdoan@haltomdoan.com
5  JOSHUA R. THANE (*pro hac vice*)
   jthane@haltomdoan.com
6  J. RANDY ROESER(*pro hac vice*)
   rroeser@haltomdoan.com
7  HALTOM & DOAN
   6500 Summerhill Road, Suite 1000
8  Texarkana, TX 75503
   Telephone: (903) 255-1000
9  Facsimile:  (903) 255-0800

10 GRANT KINSEL, Bar No. 172407
   gkinsel@perkinscoie.com
11 PERKINS COIE, LLP
   1203 3rd Street, 39th Floor
12 Seattle, WA 98112
   Telephone: (206)-395-316
13 Facsimile: (206) 359-9000

14 *Counsel for Defendant*
   *AMAZON.COM, INC.*
15

16 By */s/ Carl G. Anderson*
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
17 Charles K. Verhoeven (CA Bar No. 170151)
   David A. Perlson (CA Bar No. 209502)
18 Carl G. Anderson (CA Bar No. 239927)
   Michael D. Powell (CA Bar No. 202850)
19 Lindsay M. Cooper (CA Bar No. 287125)
   Felipe Corredor (CA Bar No. 295692)
20 qe-eolas@quinnemanuel.com
   50 California Street, 22nd Floor
21 San Francisco, CA 94111
   Telephone: 415-875-6600
22 Facsimile: 415-875-6700

23 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Miles Freeman (CA Bar No. 299302)
24 qe-eolas@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
25 Los Angeles, CA 90017
   Telephone: 213-443-3000
26 Fax: 213-443-3100

27 *Attorneys for Defendant*
   *GOOGLE LLC*
28

| | |
|---|---|
| 1 | By /s/ Mario Moore |
| | Stephanie Adams Ryan, SBN 289548 |
| 2 | McKool Smith, P.C. |
| | 255 Shoreline Drive, Suite 510 |
| 3 | Redwood Shores, California 94065 |
| | Tel: (650) 394-1400; Fax: (650) 394-1422 |
| 4 | sadamsryan@mckoolsmith.com |

By /s/ Mario Moore
Stephanie Adams Ryan, SBN 289548
McKool Smith, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Tel: (650) 394-1400; Fax: (650) 394-1422
sadamsryan@mckoolsmith.com

Mike McKool, TX SBN 13732100
(admitted Pro Hac Vice)
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
Tel: (214) 978-4000; Fax: (214) 978-4044
mmckool@mckoolsmith.com

John B. Campbell, TX SBN 24036314
(admitted Pro Hac Vice)
Kevin Burgess, TX SBN 24006927
(admitted Pro Hac Vice)
James E. Quigley, TX SBN 24075810
(admitted Pro Hac Vice)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
kburgess@mckoolsmith.com
jcampbell@mckoolsmith.com
jquigley@mckoolsmith.com

Daniel Johnson Jr., SBN 057409
Mario Moore, SBN 231644
Robert G. Litts, SBN 205984
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Tel: (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

*Attorneys for Plaintiff*
*Eolas Technologies Incorporated*

**ATTESTATION**

I, Richard Frenkel, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: January 4, 2019      /s/    *Richard G. Frenkel*
                                      Richard G. Frenkel