UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM INC,<br><br>　　　　Defendant. | Case No. 17-cv-03022-JST<br><br>**ORDER RE: BRIEFING SCHEDULE**<br><br>Re: ECF No. 403 |

In light of the impending completion of the parties' patent-prosecution-bar-related discovery, ECF No. 494, and the concurrent return of the case to the district court, the parties are ordered to submit a proposed briefing schedule or competing proposed schedules for determining an appropriate remedy. *See* ECF No. 403 at 3. The schedule or schedules are due by March 1, 2019.

"If the parties submit competing schedules, the Court will endeavor to choose, in all respects, the single proposal it concludes is most reasonable." *Sage Electrochromics, Inc. v. View, Inc.*, No. 12-CV-6441-JST, 2014 WL 1379282, at *3 (N.D. Cal. Apr. 8, 2014).

**IT IS SO ORDERED.**

Dated: February 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge