1  GRAHAM E. PHILLIPS (*pro hac vice*)
   graham.phillips@lw.com
2  LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
3  Washington, DC 20004
   Tel: 202.637.2200
4  Fax: 202.637.2201

5  Counsel for Defendant
   AMAZON.COM, INC.
6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EOLAS TECHNOLOGIES INCORPORATED, | Case No: 3:17-cv-01138-JST-JSC |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL FOR AMAZON.COM, INC. AND [PROPOSED] ORDER** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |
| EOLAS TECHNOLOGIES INCORPORATED, | Case No: 3:17-cv-03022-JST-JSC |
| Plaintiff, | |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that Graham E. Phillips of Latham & Watkins LLP hereby moves for leave to withdraw as counsel for Defendant Amazon.com, Inc. and respectfully requests that the Court remove Mr. Phillips's name and e-mail address from the service list.

The law firm Latham & Watkins LLP will continue to represent Amazon.com, Inc. in this matter.

Dated: February 26, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

By: _____/s/ Graham E. Phillips_____

Graham E. Phillips (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200 – Tel.
(202) 637-2201 – Fax
graham.phillips@lw.com

*Attorney for Defendant Amazon.com, Inc.*

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jon S. Tigar
United States District Court Judge