1   [Counsel identified on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

13   EOLAS TECHNOLOGIES                    Case No: 3:17-cv-03022-JST-JSC
     INCORPORATED,
                                           **[PROPOSED] ORDER SETTING**
14                        Plaintiff,       **BRIEFING SCHEDULE**

15        v.

16   AMAZON.COM, INC.,

17                        Defendant.

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE

Pursuant to the Court's Order dated February 21, 2019 (Dkt. 497), Amazon.com, Inc. ("Amazon") and Google LLC ("Google") (collectively, "Defendants") file this Proposed Order for the briefing schedule for determining an appropriate remedy related to the patent prosecution bar. The parties met and conferred, but could not agree on a briefing schedule. The competing schedules are in the table below:

| Event | Amazon & Google Position | Eolas Position |
|---|---|---|
| Amazon/Google Opening Brief | April 11, 2019 | April 2, 2019 |
| Eolas Responsive Brief | May 9, 2019 | April 30, 2019 |
| Amazon/Google Reply Brief | May 30, 2019 | May 9, 2019 |
| Hearing | June 20, 2019 | At Court's earliest convenience |

As the Court is aware, this briefing addresses what may be a case-dispositive protective order violation. Defendants' proposal and Eolas's proposal differ only slightly, with Defendants seeking nine extra days for briefing (not weeks or months) on an issue that has been pending for quite some time. Defendants respectfully submit that their proposed schedule is reasonable under the circumstances.

First, depositions will be complete on March 5, 2019. Defendants will then need to distill the testimony from eight depositions, and coordinate between two companies and their outside and in-house counsel, to prepare a brief that addresses this important issue. Defendants' additional nine days versus Eolas's proposed schedule will allow enough time for Defendants to coordinate their briefing for the Court. During discussions over the schedule, Eolas's only reason for making Defendants' brief due nine days earlier is that "[t]he issue has labored for two years, and needs to be brought to resolution." Defendants too want a resolution. But there is no need to rush this

issue, which has had extensive discovery and battles over attorney-client privilege and work-product over many months.  The nine extra days will not prejudice Eolas, whose patent has expired and requests a hearing only at the Court's convenience.

Second, Eolas's plan to limit Defendants to only nine days for their reply brief is unworkable.  Again, due to the need to coordinate among the Defendants and their attorneys, Defendants respectfully request the three weeks built into Defendants' schedule for a reply.  Third, Defendants would like to schedule the hearing for June 20.  Amazon's lead counsel, who has handled nearly every hearing with Judge Corley on this issue, is lead counsel in a case in the Southern District of California with a jury trial scheduled for May 13 through roughly May 30.  Google's counsel's lead attorney handling these issues has a family conflict on June 6, and the Court is unavailable on June 13.  All counsel appear to be available on June 20; Eolas did not specify any conflict when that date was suggested by Defendants.

DATED:  March 1, 2019                    Respectfully submitted,


                                         By  /s/ Richard G. Frenkel

                                         DOUGLAS E. LUMISH, Bar No. 183863
                                         doug.lumish@lw.com
                                         RICHARD G. FRENKEL, Bar No. 204133
                                         rick.frenkel@lw.com
                                         JEFFREY G. HOMRIG, Bar No. 215890
                                         jeff.homrig@lw.com
                                         NICHOLAS YU, Bar No. 298768
                                         nicholas.yu@latham.com
                                         LATHAM & WATKINS LLP
                                         140 Scott Drive
                                         Menlo Park, CA 94025
                                         Telephone: (650) 328-4600
                                         Facsimile:  (650) 463-2600

                                         JOSEPH H. LEE, Bar No. 248046
                                         joseph.lee@lw.com
                                         LATHAM & WATKINS LLP
                                         650 Town Center Drive, 20th Floor
                                         Costa Mesa, CA 92626-1925
                                         Telephone: (714) 540-1235
                                         Facsimile:  (714) 755-8290

                                         AMIT MAKKER, Bar No. 280747
                                         amit.makker@lw.com

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

2

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (*pro hac vice*)
melissa.sherry@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

JENNIFER H. DOAN (*pro hac vice*)
jdoan@haltomdoan.com
JOSHUA R. THANE (*pro hac vice*)
jthane@haltomdoan.com
J. RANDY ROESER(*pro hac vice*)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

*Counsel for Defendant*
*AMAZON.COM, INC*


By  */s/ Carl G. Anderson*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (CA Bar No. 170151)
David A. Perlson (CA Bar No. 209502)
Carl G. Anderson (CA Bar No. 239927)
Michael D. Powell (CA Bar No. 202850)
Lindsay M. Cooper (CA Bar No. 287125)
Felipe Corredor (CA Bar No. 295692)
qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

3

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Miles Freeman (CA Bar No. 299302)
qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Attorneys for Defendant*
*GOOGLE LLC*

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

4

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE

# **ATTESTATION**

I, Richard Frenkel, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  March 1, 2019                              */s/     Richard G. Frenkel*
                                                                  Richard G. Frenkel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:17-cv-03022-JST-JSC

5

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE

1

## [PROPOSED] ORDER

Before the Court is Plaintiff Eolas Technologies Inc.'s and Defendants Amazon.com, Inc.'s ("Amazon") and Google LLC's ("Google") competing briefing schedules for determining an appropriate remedy related to the patent prosecution bar.  The Court concludes that Defendants' proposed schedule is the most reasonable and hereby ORDERS the following briefing schedule:

| Event | Date |
|-------|------|
| Amazon/Google Opening Brief | April 11, 2019 |
| Eolas Responsive Brief | May 9, 2019 |
| Amazon/Google Reply Brief | May 30, 2019 |
| Hearing | June 20, 2019 |

IT IS SO ORDERED.

DATED:_____                    _____

                                                                        JON S. TIGAR
                                                                        United States District Judge

Case No. 3:17-cv-03022-JST-JSC

6

[PROPOSED] ORDER SETTING
BRIEFING SCHEDULE