

May 3, 2019

Honorable Jon S. Tigar
San Francisco Courthouse
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    ***Eolas Technologies Incorporated v. Amazon.com, Inc.***, No. 3:17-cv-3022-JST-JSC (N.D. Cal.); ***Eolas Technologies Incorporated v. Google LLC***, No. 3:17-cv-1138-JST-JSC (N.D. Cal.)

To the Hon. Judge Tigar:

I write regarding the May 2, 2019 filing of Eolas's Response to Amazon and Google's Brief regarding remedies (ECF Nos. 522-4 and 523). Eolas's filing was delayed several hours as a result of a technical issue with seventeen (17) PDF documents that were attached as exhibits to declarations in support of the filings. Three times, these PDFs were loaded into the ECF system without success due an error message stating:

> ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

This error resulted in two failed attempts to file any of the documents associated with ECF No. 522 (Administrative Motion to Seal). After the second failed attempt to file, Eolas served the not-yet-filed documents on Amazon and Google's counsel at 7:14 p.m. After several attempts to reformat the PDFs, the PDFs were re-processed, and the filing was finally accepted by the ECF system at 8:37 p.m. The subsequent public versions of Eolas's response (ECF Nos. 523-533) were then filed, concluding at 9:14 p.m.

Eolas is aware of the Court's August 8, 2017 Order (ECF No. 377), which states that all filings should be made by 5:00 p.m. on the date they are due. And because Eolas' filing was not complete by 5:00 p.m., Eolas brings this to the Court's attention. Eolas has confirmed with counsel for Amazon and Google and neither have an objection to the timing of Eolas's filings. However, if the Court would like Eolas to file a motion for leave supported by a declaration asking the Court to allow its submission, Eolas will be happy to do so.

Respectfully submitted,

 */s/ Mario Moore*
**Mario Moore**

DAN JOHNSON LAW GROUP, LLP
mario@danjohnsonlawgroup.com
400 Oyster Point Blvd., Ste. 321
South San Francisco, CA 94080
(415) 604-4500

Counsel for Eolas and McKool Smith PC