**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-03022-JST-JSC<br><br>**[PROPOSED] ORDER GRANTING EOLAS TECHNOLOGIES INCORPORATED'S UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE SEALING THE JUNE 20, 2019 HEARING TRANSCRIPT** |
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:17-cv-01138-JST-JSC |

Case No. 3:17-cv-03022-JST-JSC
Case No. 3:17-cv-01138-JST-JSC

[PROPOSED] ORDER GRANTING
EOLAS'S ADMINISTRATIVE
MOTION TO CONTINUE SEALING

1     Plaintiff Eolas Technologies Incorporated ("Eolas") has filed an Administrative Motion to
2 Continue Sealing the June 20, 2019 Hearing Transcript (the "Motion"). Defendants Amazon.com,
3 Inc. and Google LLC do not oppose.

4     Having considered Eolas's Motion, the Court finds that Eolas has demonstrated compelling
5 reasons for the relief requested and **GRANTS** Eolas's Motion. Accordingly, it is hereby
6 **ORDERED** that pages 6 through 58 of the June 20, 2019 hearing transcript are to remain sealed.

7     **IT IS SO ORDERED.**

9 DATED: ____August 1____, 2019      By: _____
                                                   Honorable Jon S. Tigar
                                                   United States District Judge

-1-
Case No. 3:17-cv-03022-JST-JSC          [PROPOSED] ORDER GRANTING
Case No. 3:17-cv-01138-JST-JSC          EOLAS'S ADMINISTRATIVE
                                      MOTION TO CONTINUE SEALING