[Counsel identified on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Case No. 4:17-cv-03022-JST <br><br> Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON OBVIOUSNESS-TYPE DOUBLE PATENTING & PRECLUSION DOCTRINES** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

1

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

Pursuant to Civil L.R. 7-11(a) and 79-5, Defendants Amazon.com, Inc. ("Amazon"), Google LLC ("Google"), and Walmart, Inc. ("Walmart") (collectively, "Defendants") hereby move for an order sealing certain portions of the Defendants' Briefing regarding their Motion for Summary Judgment On Obviousness-Type Double Patenting and Preclusion Doctrines ("Briefing"), along with portions of declarations and exhibits submitted in support thereof. Defendants have reviewed and complied with the Court's Standard Order re Sealing Motions and have reviewed and complied with Local Rule 79-5.  This motion is made on the following grounds:

Civil Local Rule 79-5(d) requires that if a portion of a document is sealable, counsel seeking to file the portion of the document under seal must file and serve an administrative motion for a sealing order, accompanied by a declaration establishing that a portion of the document is sealable, and a proposed order that is narrowly tailored to seal only the sealable material.  Furthermore, Civil Local Rule 79-5(e) requires that when seeking to file or refer to a document that has been designated confidential by another party, the submitting party's declaration must identify the portions of documents containing the confidential material and identify the part that has designated the material confidential, and must be served on the designating party the same day as the filing.

Defendants have a "compelling" interest in sealing the Briefing On Obviousness-Type Double Patenting and Preclusion Doctrines, the designated exhibits to the Declaration of Richard D. Frenkel in Support of the Briefing, and the Declaration of Don Turnbull, Ph.D. in Support of the Briefing, as these materials contain or discuss materials designated by Amazon as "CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" under the Protective Order entered in *Eolas Technologies, Inc. v. Adobe Systems Inc.,* No. 09-cv-446 (E.D. Tex.)., or so designated under the Protective Order in this case.  A number of these exhibits contain material that Eolas as marked as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case or the *Adobe* case.

Defendants request that the following material be filed under seal and expect that Eolas will file appropriate declarations supporting sealing of materials they have designated confidential:

**A.   Defendants' Motion for Summary Judgment On Obviousness-Type Double Patenting & Preclusion Doctrines**

| Portion Containing Confidential Information | Designating Party | Reason to Seal |
|---|---|---|
| Pg. 14, lines 20-25 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 15, lines 25-27 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 16, lines 10-11, lines 27-28 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 17, lines 2-5, lines 16-17 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 18, lines 6-11 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 19, lines 14-22, lines 25-28 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 20, lines 23, lines 27-28 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 25, lines 5-13 | Eolas | Cites material marked by Eolas under the protective order |

**B.   Declaration of Richard G. Frenkel in Support of Briefing of Defendants On Obviousness-Type Double Patenting & Preclusion Doctrines**

| Portion Containing Confidential Information | Designating Party | Reason to Seal |
|---|---|---|
| Exhibit 8, PDF pages 3-6 | Amazon | Contains Amazon source code information subject to protective order |

| Portion Containing Confidential Information | Designating Party | Reason to Seal |
|---|---|---|
| Exhibit 9, PDF pages 3-9 | Google | Contains Google source code information subject to protective order |
| Exhibit 25 | Eolas | Eolas marked as RESTRICTED – ATTORNEYS' EYES ONLY |
| Exhibit 33 | Eolas | Eolas marked as RESTRICTED CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Exhibit 35 | Eolas | Eolas marked as HIGHLY CONFIDENTIAL |
| Exhibit 36 | Eolas | Eolas marked as CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Exhibit 37 | Eolas | Eolas marked as CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Exhibit 38 | Eolas and Amazon | Eolas marked as RESTRICTED CONFIDENTIAL – ATTORNEYS' EYES ONLY and contains Amazon information disclosed under the protective order |
| Exhibit 40 | Eolas | Eolas marked as HIGHLY CONFIDENTIAL |
| Exhibit 43 | Eolas | Eolas marked as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Exhibit 45 | Amazon | Contains Amazon source code information subject to protective order |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

4

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

**C.   Declaration of Dr. Don Turnbull in Support of Briefing of Defendants On Obviousness-Type Double Patenting & Preclusion Doctrines**

| Portion Containing Confidential Information | Designating Party | Reason to Seal |
|---|---|---|
| Pg. 20, lines 4-8 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 25, line 26- pg. 26, line 2 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 27, lines 19-21 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 32, lines 13-17 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 39, lines 1-4 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 41, lines 6- pg. 44, line 26 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 45, lines 3-11, lines 17-25 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 46, lines 3-4, lines 18-23 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 47, lines 2-8, lines 17-25 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 48, lines 5-8, lines 14-25 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 49, lines 9-10 | Eolas | Cites material marked by Eolas under the protective order |
| Pg. 50, lines 4-8, 10-15, lines 19-22 | Eolas | Cites material marked by Eolas under the protective order |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

5

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 79-5, this Motion is accompanied by a Proposed Order; Declaration of Richard G. Frenkel; Declaration of Miles D. Freeman, and redacted and unredacted versions of the Briefing and Supporting Materials.

DATED:  March 24, 2020                    Respectfully submitted,


By _/s/ Richard G. Frenkel_____

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile:  (714) 755-8290

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

6

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
BLAKE R. DAVIS, Bar No. 294360
blake.davis@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (admitted pro hac vice)
melissa.sherry@lw.com
CHARLES S. DAMERON (admitted pro hac vice)
charles.dameron@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

Counsel for Defendant
*AMAZON.COM, INC.*


By */s/ Carl G. Anderson*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  David A. Perlson (CA Bar No. 209502)
  Carl G. Anderson (CA Bar No. 239927)
  Michael D. Powell (CA Bar No. 202850)
  Lindsay M. Cooper (CA Bar No. 287125)
  Felipe Corredor (CA Bar No. 295692)
  qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Miles Freeman (CA Bar No. 299302)
  qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Counsel for Defendant*
*GOOGLE LLC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

7

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

By  /s/ Bijal V. Vakil

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Henry Huang (SBN 252832)
Ryuk Park (SBN 298744)
WHITE & CASE LLP
3000 El Camino Real Five Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: henry.huang@whitecase.com
Email: ryuk.park@whitecase.com

John R. Keville (admitted Pro Hac Vice)
Robert L. Green, III (admitted Pro Hac Vice)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: rlgreen@winston.com

*Counsel for Defendant*
*WALMART, INC.*

## **ATTESTATION**

I, Richard Frenkel am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED:  March 24, 2020

_Richard G. Frenkel_____
Richard G. Frenkel

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

8

DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL