UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EOLAS TECHNOLOGIES INCORPORATED,

Plaintiff,

v.

AMAZON.COM INC,

Defendant.

Case No. 17-cv-03022-JST

**ORDER RE: MOTION TO FILE UNDER SEAL**

Re: ECF No. 586

Defendants have filed an administrative motion for leave to file under seal certain documents in support of motion for summary judgment on obviousness-type double patenting and preclusion doctrines. ECF No. 586. The motion seeks to file under seal material designated as confidential by Plaintiff. *See id.* At 3-5. However, Plaintiff has not filed a supporting declaration in accordance with Civil Local Rule 79-5(e). Any supporting declarations must be filed within four days of the issuance of this order. If the Court does not receive supporting declarations within four days, it will deny the motion as to these materials.

**IT IS SO ORDERED.**

Dated: April 3, 2020

JON S. TIGAR
United States District Judge