UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EOLAS TECHNOLOGIES
INCORPORATED,

        Plaintiff,

    v.

AMAZON.COM INC,

        Defendant.

Case No. 17-cv-03022-JST

**ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANTS'
MOTION TO FILE UNDER SEAL**

Re: ECF No. 586

Defendants have filed an administrative motion for leave to file under seal certain documents in support of motion for summary judgment on obviousness-type double patenting and preclusion doctrines.  ECF No. 586.  Having considered the motion and the Declaration of Richard G. Frenkel in support of the motion,[1] the Court hereby grants the motion to file under seal in part and denies it in part.  The Clerk of Court shall file under seal the following materials:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| Exhibit 8 | PDF pages 3-6 |
| Exhibit 9 | PDF pages 3-9 |
| Exhibit 38 | Entire Document |
| Exhibit 45 | Entire Document |

/ / /

/ / /

/ / /

---

[1] Defendants' motion sought to file under seal several items designated as confidential by Plaintiff. *See* No. 586 at 3-5.  However, Plaintiff did not provide a supporting declaration in accordance with Civil Local Rule 79-5(e).  *See* ECF No. 595.

By May 20, 2020 Defendants are ordered to file unsealed copies of their motion for summary judgment as well as each exhibit for which the Court has not granted Defendants' request to file under seal.

**IT IS SO ORDERED.**

Dated: May 13, 2020

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

2