Richard G. Frenkel
Bar No. 204133
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

*Counsel for Defendant
Amazon.com, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON OBVIOUSNESS-TYPE DOUBLE PATENTING & PRECLUSION DOCTRINES**<br><br>**Judge:  Hon. Jon S. Tigar**<br>**Hearing Date:  July 16, 2020**<br>**Hearing Time:  2:00 P.M.** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

DECLARATION OF RICHARD G. FRENKEL
ISO DEFENDANTS' REPLY RE MOTION FOR
SUMMARY JUDGMENT

I, Richard G. Frenkel, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, a partner at Latham & Watkins LLP, and counsel for Defendant Amazon.com, Inc. ("Amazon") in the above-titled action. I make this declaration in support of Defendants' Reply In Support of Motion for Summary Judgment on Obviousness-Type Double Patenting & Preclusion Doctrines. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

1. Attached as Exhibit 52 is a true and correct copy of excerpts from the January 12, 2017 Deposition Transcript of David C. Martin in *Eolas Technologies Inc. v. Amazon.com Inc.*, No. 6:15-cv-01038-RWS (E.D. Tex.), which is from the present case before it was transferred to this Court.

2. Attached as Exhibit 53 is a true and correct copy of excerpts from the January 26, 2017 Deposition Transcript of Michael Doyle in *Eolas Technologies Inc. v. Amazon.com Inc.*, No. 6:15-cv-01038-RWS (E.D. Tex.), which is from the present case before it was transferred to this Court.

3. Attached as Exhibit 54 is a true and correct copy of excerpts from the February 28, 2017 Opening Expert Report of Dr. David Martin in *Eolas Technologies Inc. v. Amazon.com Inc.*, No. 6:15-cv-01038-RWS (E.D. Tex.), which is from the present case before it was transferred to this Court.

4. Attached as Exhibit 55 is a true and correct copy of excerpts from the December 20, 2011 Deposition Transcript of David M. Martin in *Eolas Technologies Inc. v. Adobe Systems Inc.*, No. 6:09-cv-00446-LED (E.D. Tex.) (case number incorrectly marked on the transcript).

///
///
///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

1

DECLARATION OF RICHARD G. FRENKEL
ISO DEFENDANTS' REPLY RE MOTION FOR
SUMMARY JUDGMENT

5. Attached as Exhibit 56 is a true and correct copy of excerpts from the January 13, 2017 Deposition Transcript of David C. Martin in *Eolas Technologies Inc. v. Amazon.com Inc.*, No. 6:15-cv-01038-RWS (E.D. Tex.), which is from the present case before it was transferred to this Court.

I declare under penalty of perjury that the foregoing is true and correct, executed this day in Palo Alto, CA.

Executed on: May 19, 2020            */s/ Richard G. Frenkel*
                                     Richard G. Frenkel