[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>            Defendant. | Case No. 4:17-CV-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Judge:  Hon. Jon S. Tigar<br>Hearing Date:  July 16, 2020<br>Hearing Time:  2:00 P.M. |

Pursuant to Local Rule 7-3(d)(2), Defendants Amazon.com, Inc., Google LLC, and Walmart Inc. respectfully submit this Statement of Recent Decision. At page 28 of their Joint Motion for Summary Judgment (Dkt. 592), Defendants cited the district court's decision in *In re PersonalWeb Technologies Patent Litigation*, No. 18-md-02834-BLF, 2019 WL 1455332 (N.D. Cal. Apr. 2, 2019), granting summary judgment to Amazon on its *Kessler* defense in that case. The Federal Circuit has now affirmed that decision. *In re PersonalWeb Technologies LLC*, No. 19-1918, ___ F.3d ___, 2020 WL 3261168 (Fed. Cir. June 17, 2020), attached as Ex. A.

| | |
|---|---|
| Dated: June 18, 2020 | Respectfully submitted, |
| | By */s/ Richard G. Frenkel* |
| | DOUGLAS E. LUMISH, Bar No. 183863<br>doug.lumish@lw.com<br>RICHARD G. FRENKEL, Bar No. 204133<br>rick.frenkel@lw.com<br>JEFFREY G. HOMRIG, Bar No. 215890<br>jeff.homrig@lw.com<br>NICHOLAS YU, Bar No. 298768<br>nicholas.yu@latham.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| | JOSEPH H. LEE, Bar No. 248046<br>joseph.lee@lw.com<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 |
| | AMIT MAKKER, Bar No. 280747<br>amit.makker@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone: (415) 395-8034<br>Facsimile: (415) 395-8095 |
| | MELISSA ARBUS SHERRY (pro hac vice)<br>melissa.sherry@lw.com<br>CHARLES S. DAMERON (pro hac vice)<br>charles.dameron@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, Suite 1000<br>Washington, DC 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| | JENNIFER H. DOAN (pro hac vice)<br>jdoan@haltomdoan.com<br>JOSHUA R. THANE (pro hac vice)<br>jthane@haltomdoan.com |

| | |
|---|---|
| | J. RANDY ROESER (pro hac vice)<br>rroeser@haltomdoan.com<br>HALTOM & DOAN<br>6500 Summerhill Road, Suite 1000<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br><br>GRANT KINSEL, Bar No. 172407<br>gkinsel@perkinscoie.com<br>PERKINS COIE, LLP<br>1203 3rd Street, 39th Floor<br>Seattle, WA 98112<br>Telephone: (206)-395-316<br>Facsimile: (206) 359-9000<br><br>*Counsel for Defendant*<br>*AMAZON.COM, INC.* |
| DATED: June 18, 2020 | By */s/ David A. Perlson*<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (CA Bar No. 170151)<br>David A. Perlson (CA Bar No. 209502)<br>Carl G. Anderson (CA Bar No. 239927)<br>Michael D. Powell (CA Bar No. 202850)<br>Lindsay M. Cooper (CA Bar No. 287125)<br>Felipe Corredor (CA Bar No. 295692)<br>qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: 415-875-6600<br>Facsimile: 415-875-6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Miles Freeman (CA Bar No. 299302)<br>qe-eolas@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-443-3000<br>Fax: 213-443-3100<br><br>*Counsel for Defendant*<br>*GOOGLE LLC* |

| | | |
|---|---|---|
| 1 | DATED: June 18, 2020 | By */s/ Bijal V. Vakil* |
| 2 | | WHITE & CASE LLP |
| | | Bijal V. Vakil (SBN 192878) |
| 3 | | Shamita D. Etienne-Cummings (SBN 202090) |
| | | Eric E. Lancaster (SBN 244449) |
| 4 | | Henry Huang (SBN 252832) |
| | | Ryuk Park (SBN 298744) |
| 5 | | Fan Yang (SBN 329431) |
| | | 3000 El Camino Real |
| 6 | | Two Palo Alto Square, Suite 900 |
| | | Palo Alto, CA  94306 |
| 7 | | Telephone:  650-213-0300 |
| | | Facsimile:  650-213-8158 |
| 8 | | WCWalmartEolasTeam@whitecase.com |

John R. Keville (admitted pro hac vice)
Robert L. Green (admitted pro hac vice)
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX  77002-2925
Telephone:  713-651-2600
Facsimile:  713-651-2700
WSWalmartEolasTeam@Winston.com

*Counsel for Defendant*
WALMART INC.

**ATTESTATION**

I, Richard G. Frenkel, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: June 18, 2020                              /s/       *Richard G. Frenkel*
                                                  Richard G. Frenkel