UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>       Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>       Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>[PROPOSED] ORDER CHANGING DATE OF FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

[PROPOSED] ORDER
CHANGING FURTHER CMC AND JCMS DATES

**[PROPOSED] ORDER**

Before the Court is the parties' joint stipulation to change the dates for the further Case Management Conference and Joint Case Management Statement. Having considered the stipulation and all related matters, the Court hereby GRANTS the stipulation. The further Case Management Conference is reset for September 10, 2020, with a Joint Case Management Statement due September 3, 2020.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**.

DATED: July 23, 2020

_____
JON S. TIGAR
United States District Judge