1  [Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**JOINT STIPULATION TO VACATE REMAINING DATES IN SCHEDULING ORDER (DKT. 583) AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Civil Local Rules 6-2 and 7-12, Amazon.com, Inc. ("Amazon"), Google LLC ("Google"), Walmart Inc. ("Walmart"), and Eolas Technologies Inc. ("Eolas") hereby file a stipulated request to vacate the remaining dates in the March 10, 2020 Scheduling Order (Dkt. 583) and continue the currently scheduled September 3, 2020 Joint Case Management Statement and September 10, 2020 further Case Management Conference (Dkt. 630).

WHEREAS, on February 27, 2020, the Court entered an order setting the hearing on summary judgment motions and hearing on Defendants' limited reconsideration of claim construction for July 2, 2020, with a Joint Case Management Statement due July 30, 2020 for a further Case Management Conference on August 6, 2020. (Dkt. 576.)

WHEREAS, the Court entered the parties' stipulation for a case schedule with the Expected Decision on Early Summary Judgment set for July 27, 2020, in advance of the Joint Case Management Statement and further Case Management Conference. (Dkt. 583.)

WHEREAS, the Court entered the parties' stipulation to extend briefing deadlines on early summary judgment and claim construction reconsideration, and continued the hearing date to July 16, 2020. (Dkt. 597.)

WHEREAS, the Court continued the hearing date on early summary judgment and claim construction reconsideration to August 6, 2020. (Dkt. 627.)

WHEREAS, the Court denied Defendants' motion for claim construction reconsideration on July 20, 2020. (Dkt. 628.)

WHEREAS, the Court entered the parties' stipulation to change the date of the further Case Management Conference to September 10, 2020, and Joint Case Management Statement due date to September 3, 2020, to allow the Court time to potentially rule on the early summary judgment motion prior to the further Case Management Conference and for the parties to provide suggested revisions to the remainder of the existing schedule. (Dkt. 630.)

WHEREAS, the parties have met and conferred regarding the upcoming schedule and agree and hereby stipulate to (1) vacate the remaining dates in the March 10, 2020 Scheduling Order (Dkt. 583); (2) continue the further Case Management Conference set for September 10,

2020, to allow the Court time to potentially rule on the pending early summary judgment motion and the parties to meet and confer and provide suggested revisions to the remainder of the existing schedule as appropriate. The parties request a further Case Management Conference, if necessary, be set for approximately three weeks after the Court issues an order resolving the pending early summary judgment motion. The parties will also provide suggested revisions to the remainder of the existing schedule in the next Joint Case Management Statement.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court vacate the remaining dates in the March 10, 2020 Scheduling Order (Dkt. 583) and continue the currently scheduled September 3, 2020 Joint Case Management Statement and September 10, 2020 further Case Management Conference (Dkt. 630).

DATED: September 1, 2020        Respectfully submitted,

By /s/ Richard G. Frenkel

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
NICHOLAS YU, Bar No. 298768
nicholas.yu@latham.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
BLAKE R. DAVIS, Bar No. 294360

| | |
|---|---|
| 1 | blake.davis@lw.com |
| | LATHAM & WATKINS LLP |
| 2 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| 3 | Telephone: (415) 395-8034 |
| | Facsimile:  (415) 395-8095 |
| 4 | |
| | MELISSA ARBUS SHERRY (admitted pro hac vice) |
| 5 | melissa.sherry@lw.com |
| | CHARLES S. DAMERON (admitted pro hac vice) |
| 6 | charles.dameron@lw.com |
| | LATHAM & WATKINS LLP |
| 7 | 555 Eleventh Street, Suite 1000 |
| | Washington, DC 20004-1304 |
| 8 | Telephone: (202) 637-2200 |
| | Facsimile:  (202) 637-2201 |
| 9 | |
| | JENNIFER H. DOAN (*pro hac vice*) |
| 10 | jdoan@haltomdoan.com |
| | JOSHUA R. THANE (*pro hac vice*) |
| 11 | jthane@haltomdoan.com |
| | J. RANDY ROESER (*pro hac vice*) |
| 12 | rroeser@haltomdoan.com |
| | HALTOM & DOAN |
| 13 | 6500 Summerhill Road, Suite 1000 |
| | Texarkana, TX 75503 |
| 14 | Telephone: (903) 255-1000 |
| | Facsimile:  (903) 255-0800 |
| 15 | |
| | GRANT KINSEL, Bar No. 172407 |
| 16 | gkinsel@perkinscoie.com |
| | PERKINS COIE, LLP |
| 17 | 1203 3rd Street, 39th Floor |
| | Seattle, WA 98112 |
| 18 | Telephone: (206)-395-316 |
| | Facsimile: (206) 359-9000 |
| 19 | |
| | *Counsel for Defendant* |
| 20 | *AMAZON.COM, INC* |
| 21 | |
| | By  */s/ David A. Perlson* |
| 22 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (CA Bar No. 170151) |
| 23 | David A. Perlson (CA Bar No. 209502) |
| | Carl G. Anderson (CA Bar No. 239927) |
| 24 | Michael D. Powell (CA Bar No. 202850) |
| | Lindsay M. Cooper (CA Bar No. 287125) |
| 25 | Felipe Corredor (CA Bar No. 295692) |
| | qe-eolas@quinnemanuel.com |
| 26 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 27 | Telephone: 415-875-6600 |
| | Facsimile: 415-875-6700 |
| 28 | |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Miles Freeman (CA Bar No. 299302)
qe-eolas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: 213-443-3000
Fax: 213-443-3100

*Attorneys for Defendant*
*GOOGLE LLC*

By /s/ Eric E. Lancaster

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
Henry Huang (SBN 252832)
Ryuk Park (SBN 298744)
WHITE & CASE LLP
3000 El Camino Real Two Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: bvakil@whitecase.com
Email: setienne@whitecase.com
Email: eric.lancaster@whitecase.com
Email: henry.huang@whitecase.com
Email: ryuk.park@whitecase.com

John R. Keville (admitted pro hac vice)
Robert L. Green, III (admitted pro hac vice)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: rlgreen@winston.com

*Counsel for Defendant*
*WALMART INC.*


By /s/ James E. Quigley

John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*)
James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*)
MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701
Tel. (512) 692-8700; Fax: (512) 692-8744
jcampbell@mckoolsmith.com
jquigley@mckoolsmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

**ATTESTATION**

I, Richard Frenkel, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: September 1, 2020            /s/    *Richard G. Frenkel*
                                           Richard G. Frenkel