1
2
3
4
5
6
7
8                               UNITED STATES DISTRICT COURT
9                              NORTHERN DISTRICT OF CALIFORNIA
10                                        OAKLAND DIVISION
11
12

| EOLAS TECHNOLOGIES INCORPORATED, | Case No. 4:17-cv-03022-JST |
|---|---|
| Plaintiff, | Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST |
| v. | [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT |
| AMAZON.COM, INC., | |
| Defendant. | |

# [PROPOSED] ORDER

Before the Court is the parties' joint stipulation to continue the dates for the further Case Management Conference and Joint Case Management Statement. Having considered the stipulation and all related matters, the Court hereby GRANTS the stipulation. The Court continues the further Case Management Conference to January 19, 2021 and the Joint Case Management Statement due date to January 12, 2021.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**.

DATED: November 30, 2020

_____
Honorable Jon S. Tigar
United States District Judge