[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Civil Local Rules 6-2 and 7-12, Amazon.com, Inc. ("Amazon"), Google LLC ("Google"), Walmart Inc. ("Walmart"), and Eolas Technologies Inc. ("Eolas") hereby file a stipulated request to continue the currently scheduled January 19, 2021 further Case Management Conference to March 2, 2021, and the January 12, 2021 Joint Case Management Statement due date to February 23, 2021.

WHEREAS, on February 27, 2020, the Court entered an order setting the hearing on summary judgment motions and hearing on Defendants' limited reconsideration of claim construction for July 2, 2020, with a Joint Case Management Statement due July 30, 2020 for a further Case Management Conference on August 6, 2020.  (Dkt. 576).

WHEREAS, the Court entered the parties' stipulation for a case schedule with the Expected Decision on Early Summary Judgment set for July 27, 2020, in advance of the Joint Case Management Statement and further Case Management Conference.  (Dkt. 583).

WHEREAS, the Court entered the parties' stipulation to extend briefing deadlines on early summary judgment and claim construction reconsideration, and continued the hearing date to July 16, 2020.  (Dkt. 597).

WHEREAS, the Court continued the hearing date on early summary judgment and claim construction reconsideration to August 6, 2020.  (Dkt. 627).

WHEREAS, the Court denied Defendants' motion for claim construction reconsideration on July 20, 2020.  (Dkt. 628).

WHEREAS, the Court entered the parties' stipulation to change the date of the further Case Management Conference to September 10, 2020, and Joint Case Management Statement due date to September 3, 2020, to allow the Court time to potentially rule on the early summary judgment motion prior to the further Case Management Conference and for the parties to provide suggested revisions to the remainder of the existing schedule.  (Dkt. 630).

WHEREAS, the Court granted the parties' stipulation to vacate the remaining dates in the Court's March 10, 2020 scheduling order (Dkt. 583) and continue the September 3 Joint Case Management Statement and September 10 further Case Management Conference, ordering an

1 updated Joint Case Management Statement due November 3, 2020 and setting the further Case
2 Management Conference for November 10, 2020. (Dkt. 638).

3   WHEREAS, the Court granted the parties' stipulation to continue the November 3 Joint
4 Case Management Statement and November 10 further Case Management Conference, ordering
5 an updated Joint Case Management Statement due December 1, 2020 and setting the further
6 Case Management Conference for December 8, 2020. (Dkt. 646).

7   WHEREAS, the Court granted the parties' stipulation to continue the December 1 Joint
8 Case Management Statement and December 8 further Case Management Conference, ordering
9 an updated Joint Case Management Statement due January 12, 2021 and setting the further Case
10 Management Conference for January 19, 2021. (Dkt. 648).

11   WHEREAS, the Court granted the parties' stipulation to continue the January 12 Joint
12 Case Management Statement and January 19 further Case Management Conference, ordering an
13 updated Joint Case Management Statement due February 23, 2021 and setting the further Case
14 Management Conference for March 2, 2021. (Dkt. 650).

15   WHEREAS, the parties have met and conferred regarding the upcoming schedule and
16 agree and hereby stipulate to continue the due date for the Joint Case Management Statement to
17 April 6, 2021 and the further Case Management Conference to April 13, 2021, to allow the Court
18 time to potentially rule on the pending early summary judgment motion.

19   NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY
20 REQUEST that the Court continue the further Case Management Conference to April 13, 2021
21 and the Joint Case Management Statement due date to April 6, 2021.

22

23 DATED: February 15, 2021     Respectfully submitted,

24

25         By  /s/ David A. Perlson

26     QUINN EMANUEL URQUHART & SULLIVAN, LLP
       Charles K. Verhoeven (CA Bar No. 170151)
27     David A. Perlson (CA Bar No. 209502)
       Carl G. Anderson (CA Bar No. 239927)
       Michael D. Powell (CA Bar No. 202850)
28     Lindsay M. Cooper (CA Bar No. 287125)

| | |
|---|---|
| 1 | Felipe Corredor (CA Bar No. 295692) |
| 2 | qe-eolas@quinnemanuel.com<br>50 California Street, 22nd Floor |
| 3 | San Francisco, CA 94111<br>Telephone: 415-875-6600 |
| 4 | Facsimile: 415-875-6700 |
| 5 | *Attorneys for Defendant*<br>GOOGLE LLC |
| 6 | By */s/ Richard G. Frenkel* |
| 7 | DOUGLAS E. LUMISH, Bar No. 183863 |
| 8 | doug.lumish@lw.com<br>RICHARD G. FRENKEL, Bar No. 204133 |
| 9 | rick.frenkel@lw.com<br>JEFFREY G. HOMRIG, Bar No. 215890 |
| 10 | jeff.homrig@lw.com<br>140 Scott Drive |
| 11 | Menlo Park, CA 94025<br>Telephone: (650) 328-4600 |
| 12 | Facsimile: (650) 463-2600 |
| 13 | JOSEPH H. LEE, Bar No. 248046<br>joseph.lee@lw.com |
| 14 | LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor |
| 15 | Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235 |
| 16 | Facsimile: (714) 755-8290 |
| 17 | AMIT MAKKER, Bar No. 280747<br>amit.makker@lw.com |
| 18 | BLAKE R. DAVIS, Bar No. 294360<br>blake.davis@lw.com |
| 19 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 20 | San Francisco, CA 94111-6538<br>Telephone: (415) 395-8034 |
| 21 | Facsimile: (415) 395-8095 |
| 22 | MELISSA ARBUS SHERRY (admitted pro hac vice)<br>melissa.sherry@lw.com |
| 23 | CHARLES S. DAMERON (admitted pro hac vice)<br>charles.dameron@lw.com |
| 24 | LATHAM & WATKINS LLP<br>555 Eleventh Street, Suite 1000 |
| 25 | Washington, DC 20004-1304<br>Telephone: (202) 637-2200 |
| 26 | Facsimile: (202) 637-2201 |
| 27 | JENNIFER H. DOAN (*pro hac vice*)<br>jdoan@haltomdoan.com |
| 28 | JOSHUA R. THANE (*pro hac vice*)<br>jthane@haltomdoan.com |

Case No. 4:17-cv-03022-JST     3     JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT

| | |
|---|---|
| 1 | J. RANDY ROESER (*pro hac vice*) |
| | rroeser@haltomdoan.com |
| 2 | HALTOM & DOAN |
| | 6500 Summerhill Road, Suite 1000 |
| 3 | Texarkana, TX 75503 |
| | Telephone: (903) 255-1000 |
| 4 | Facsimile: (903) 255-0800 |
| 5 | GRANT KINSEL, Bar No. 172407 |
| | gkinsel@perkinscoie.com |
| 6 | PERKINS COIE, LLP |
| | 1203 3rd Street, 39th Floor |
| 7 | Seattle, WA 98112 |
| | Telephone: (206)-395-316 |
| 8 | Facsimile: (206) 359-9000 |
| 9 | *Counsel for Defendant* |
| | *AMAZON.COM, INC* |
| 10 | |
| | By  */s/ Eric E. Lancaster*                                  |
| 11 | |
| | Bijal V. Vakil (SBN 192878) |
| 12 | Shamita D. Etienne-Cummings (SBN 202090) |
| | Eric E. Lancaster (SBN 244449) |
| 13 | Henry Huang (SBN 252832) |
| | Ryuk Park (SBN 298744) |
| 14 | WHITE & CASE LLP |
| | 3000 El Camino Real Two Palo Alto Square, 9th Floor |
| 15 | Palo Alto, CA 94306 |
| | Telephone: (650) 213-0300 |
| 16 | Facsimile: (650) 213-8158 |
| | Email: bvakil@whitecase.com |
| 17 | Email: setienne@whitecase.com |
| | Email: eric.lancaster@whitecase.com |
| 18 | Email: henry.huang@whitecase.com |
| | Email: ryuk.park@whitecase.com |
| 19 | |
| | John R. Keville (admitted pro hac vice) |
| 20 | Robert L. Green, III (admitted pro hac vice) |
| | WINSTON & STRAWN LLP |
| 21 | 1111 Louisiana Street, 25th Floor |
| | Houston, TX 77002-5242 |
| 22 | Telephone: (713) 651-2600 |
| | Facsimile: (713) 651-2700 |
| 23 | Email: jkeville@winston.com |
| | Email: rlgreen@winston.com |
| 24 | |
| | *Counsel for Defendant* |
| 25 | *WALMART INC.* |
| 26 | |
| | By  */s/ James E. Quigley*                                   |
| 27 | |
| | John B. Campbell, TX SBN 24036314 (admitted *Pro Hac Vice*) |
| 28 | |

Case No. 4:17-cv-03022-JST — 4 — JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT

|   |   |
|---|---|
| 1 | James E. Quigley, TX SBN 24075810 (admitted *Pro Hac Vice*) |
| 2 | MCKOOL SMITH, P.C. |
|   | 300 West 6th Street, Suite 1700 |
| 3 | Austin, Texas 78701 |
|   | Tel. (512) 692-8700; Fax: (512) 692-8744 |
| 4 | jcampbell@mckoolsmith.com |
|   | jquigley@mckoolsmith.com |
| 5 |   |
|   | *Attorneys for Plaintiff* |
| 6 | *Eolas Technologies Incorporated* |

## **ATTESTATION**

I, David A. Perlson, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

DATED: February 15, 2021　　　　　　　/s/　　*David. A. Perlson*
　　　　　　　　　　　　　　　　　　　　　David A. Perlson