1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>            Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC.,<br><br>            Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**[PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT BY TWO WEEKS** |

# [PROPOSED] ORDER

Before the Court is the parties' joint stipulation to continue the dates for the further Case Management Conference and Joint Case Management Statement. Having considered the stipulation and all related matters, the Court hereby GRANTS the stipulation. The Court continues the further Case Management Conference to June 8, 2021 and the Joint Case Management Statement due date to June 1, 2021.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**.

DATED:  May 12, 2021

Honorable Jon S. Tigar
United States District Judge