John B. Campbell (admitted *pro hac vice*)
Joshua W. Budwin (admitted *pro hac vice*)
James E. Quigley (admitted *pro hac vice*)
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744
jcampbell@McKoolSmith.com
jbudwin@McKoolSmith.com
jquigley@McKoolSmith.com

Eliza Beeney (admitted *pro hac vice*)
**MCKOOL SMITH, P.C.**
395 9th Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
ebeeney@McKoolSmith.com

Alan P. Block (State Bar No. 143783)
**MCKOOL SMITH HENNIGAN, P.C.**
300 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
ablock@McKoolSmith.com

Attorneys for Plaintiff
Eolas Technologies Incorporated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 4:17-cv-03022-JST (JSC)<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**NOTICE OF DESIGNATION OF JOSHUA W. BUDWIN AS TEMPORARY LEAD COUNSEL FOR EOLAS TECHNOLOGIES INCORPORATED** |

1  PLEASE TAKE NOTICE that Joshua W. Budwin will temporarily replace John B.
2  Campbell as lead counsel for Plaintiff Eolas Technologies Incorporated in the above-captioned
3  matter. Mr. Campbell will continue to represent Plaintiff. But due to Mr. Campbell's sabbatical until
4  late August 2021, Mr. Budwin will temporarily replace Mr. Campbell as lead counsel. James E.
5  Quigley and Eliza Beeney of McKool Smith, P.C., and Alan P. Block of McKool Smith Hennigan,
6  P.C., will also continue to act as counsel of record for Plaintiff.

7  Accordingly, it is hereby requested that Mr. Budwin be designated as temporary lead counsel
8  for Plaintiff in Case No. 4:17-cv-03022-JST and associated cases 4:17-cv-01138-JST, 4:17-cv-
9  03023-JST, and 4:15-cv-05446-JST.

11  DATED:  June 10, 2021                    Respectfully submitted,

12                                           By /s/ Joshua W. Budwin

13                                           Joshua W. Budwin (admitted *pro hac vice*)
                                             **McKool Smith, P.C.**
14                                           303 Colorado Street, Suite 2100
                                             Austin, Texas 78701
15                                           Telephone: (512) 692-8700
                                             Facsimile: (512) 692-8744
16                                           jbudwin@McKoolSmith.com

17                                           Attorneys for Plaintiff
                                             Eolas Technologies Incorporated