1  [Counsel identified on signature page]
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                              **OAKLAND DIVISION**

12

| | |
|---|---|
| 13  EOLAS TECHNOLOGIES INCORPORATED, | Lead Case No. 4:17-cv-03022-JST |
| 14            Plaintiff, | Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST |
| 15       v. | **DEFENDANTS' 79-5(f) ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED AS TO CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS' AMAZON'S AND WALMART'S MOTION TO STRIKE DR. DAVID MARTIN'S GOOGLE REBUTTAL REPORT** |
| 16  AMAZON.COM, INC., | |
| 17            Defendant. | |
| 18 | |
| 19 | |
| 20 | |
| 21  EOLAS TECHNOLOGIES INCORPORATED, | Case No. 4:17-cv-03023-JST |
| 22            Plaintiff, | |
| 23       v. | |
| 24  WALMART INC., | |
| 25            Defendant. | |
| 26 | |

27
28

Pursuant to Civil L.R. 7-11(a) and 79-5(f), Defendants Amazon.com, Inc. ("Amazon"), and Walmart, Inc. ("Walmart") (collectively, "Defendants") hereby bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Defendants' Amazon and Walmart Motion to Strike Dr. David Martin's Google Rebuttal Report ("Motion").  Defendants have reviewed and complied with the Court's Standard Order Governing Administrative Motions to File Materials Under Seal Before District Judge Jon S. Tigar and have reviewed and complied with Civil Local Rule 79-5.  This motion is made on the following grounds:

Certain portions of Defendants' Motion and documents filed in support thereof contain information that Plaintiff Eolas Technologies, Inc. ("Eolas") has designated pursuant to the Patent Protective Order ("Protective Order") entered by this action.

Defendants identify the following material, which Defendants understand to contain information Eolas has marked confidential, to be provisionally sealed:

| Portion Containing Confidential Information | Portions to be filed under seal | Designating Party |
|---|---|---|
| Defendants' Amazon and Walmart Motion to Strike Dr. David Martin's Google Rebuttal Report | Highlighted in Yellow | Eolas designated "Restricted Confidential – Attorneys' Eyes Only" |
| Exhibit 2 to the Declaration of Eric Lancaster in support of Motion [redline comparison of Martin's Replacement Rebuttal Report and Martin's Google Rebuttal Report] | Entire Document. | Eolas designated "Restricted Confidential – Attorneys' Eyes Only" |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Defendants' have redacted the yellow-highlighted portions of Defendants' Motion and submitted exhibits in support thereof under seal as they contain Eolas designated information as "Restricted Confidential – Attorneys' Eyes Only" under

the Protective Order. Defendants' expect Eolas to file a declarations in accordance with the Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion.  In accordance with Local Rule 79-5(c)(3), Walmart  has also filed a Proposed Order herewith.

Dated:  November 18, 2021                              ALLEN & OVERY LLP

By:     */s/ Bijal V. Vakil*
              Bijal V. Vakil

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
William Keeley Wray (SBN 338653)
ALLEN & OVERY LLP
550 High Street
Palo Alto, CA  94301
Telephone:  (650) 388-1703
Email: bijal.vakil@allenovery.com
Email: setienne@allenovery.com
Email: eric.lancaster@allenovery.com
Email: william.wray@allenovery.com

John R. Keville (admitted pro hac vice)
Robert L. Green, III (admitted pro hac vice)
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002-5242
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: rlgreen@winston.com

*Attorneys for Defendants*
WALMART INC.

| | | |
|---|---|---|
| 1 | Dated: November 18, 2021 | LATHAM & WATKINS LLP; |
| 2 | | PERKINS COIE, LLP; and |
| 3 | | HALTOM & DOAN |
| 4 | | By:  /s/ Douglas E. Lumish |
| | | Douglas E. Lumish |

DOUGLAS E. LUMISH, Bar No. 183863
doug.lumish@lw.com
RICHARD G. FRENKEL, Bar No. 204133
rick.frenkel@lw.com
JEFFREY G. HOMRIG, Bar No. 215890
jeff.homrig@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

JOSEPH H. LEE, Bar No. 248046
joseph.lee@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
BLAKE R. DAVIS, Bar No. 294360
blake.davis@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile: (415) 395-8095

MELISSA ARBUS SHERRY (*pro hac vice*)
melissa.sherry@lw.com
CHARLES S. DAMERON (*pro hac vice*)
charles.dameron@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

JENNIFER H. DOAN (*pro hac vice*)
jdoan@haltomdoan.com
JOSHUA R. THANE (*pro hac vice*)
jthane@haltomdoan.com
J. RANDY ROESER (pro hac vice)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

*Attorneys for Defendant*
AMAZON.COM. INC.

**ATTESTATION**

I, Bijal Vakil, am the ECF user whose user ID and password authorized the filing of this document. Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

DATED: November 18, 2021

/s/ *Bijal Vakil*
Bijal Vakil