1  RICHARD G. FRENKEL, Bar No. 204133
   rick.frenkel@lw.com
2  LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-6538
   Telephone: (415) 395-8034
4  Facsimile:  (415) 395-8095

5  Counsel for Defendant
   AMAZON.COM, INC.
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                    **OAKLAND DIVISION**
11

12 | EOLAS TECHNOLOGIES INCORPORATED, | Case No. 4:17-cv-03022-JST |

EOLAS TECHNOLOGIES
INCORPORATED,

     Plaintiff,

  v.

AMAZON.COM, INC.,

     Defendant.

Case No. 4:17-cv-03022-JST

Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST

**DECLARATION OF RICHARD G. FRENKEL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A CONSOLIDATED MOTION FOR SUMMARY JUDGMENT ON BEHALF OF ALL THREE DEFENDANTS THAT MODIFIES THE PAGE LIMIT FOR A SINGLE-DEFENDANT MOTION BY TWENTY-FIVE PAGES**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:17-cv-03022-JST

DECLARATION OF RICHARD G. FRENKEL ISO
ADMIN. MOTION TO FILE CONSOLIDATED MSJ

I, Richard G. Frenkel, declare as follows:

1. I am an active member of the State Bar of California, a member in good standing of the Bar of this Court, a partner at Latham & Watkins LLP, and counsel for Defendant Amazon.com, Inc. ("Amazon") in the above-titled action. I make this declaration in support of Defendants' Administrative Motion for Leave to File a Consolidated Motion for Summary Judgment on Behalf of All Three Defendants that Modifies the Page Limit for a Single-Defendant Motion by Twenty-Five Pages. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. On February 8, 2022, I sent an email on behalf of all Defendants seeking consent from plaintiff Eolas for Defendants to file a single, consolidated brief in support of a motion for summary judgment of no more than 50 pages, with Eolas's consolidated opposition similarly limited to 50 pages, and with Defendants' consolidated reply brief limited to 30 pages.

3. On February 10, 2022, counsel for Eolas responded that they would oppose a consolidated, 50-page motion and indicated they expected Defendants to collaborate to file a single, 25-page motion to cover all three cases. Eolas contended that Defendants previously told Eolas it would be filing a single, 25-page motion.

4. I responded immediately after receiving Eolas's email. In my response, I told Eolas that its contention is based on a misreading of Defendant Google's email to Eolas when seeking Eolas's position on the summary judgment schedule. I explained that Defendants stated, consistent with our current position, that the parties are permitted one MSJ *per side* and it is important for the Defendants to coordinate the issues presented to the Court. I indicated that unless Eolas responded and agreed to stipulate to Defendants' requested relief, Defendants would need to file a motion to clarify the issue. Eolas's counsel did not respond.

I declare under penalty of perjury that the foregoing is true and correct, executed this day in Menlo Park, California.

Executed on February 11, 2022        */s/ Richard G. Frenkel*
                                      Richard G. Frenkel