# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE A CONSOLIDATED MOTION FOR SUMMARY JUDGMENT ON BEHALF OF ALL THREE DEFENDANTS THAT MODIFIES THE PAGE LIMIT FOR A SINGLE-DEFENDANT MOTION BY TWENTY-FIVE PAGES** |

Defendants Amazon.com, Inc. ("Amazon"), Google LLC ("Google"), and Walmart, Inc. ("Walmart") (collectively, "Defendants") have filed an Administrative Motion To File a Consolidated Motion for Summary Judgment on Behalf of All Three Defendants That Modifies the Page Limit for a Single-Defendant Motion by Twenty-Five Pages.

Having considered Defendants' Administrative Motion and any responsive statement or declaration filed by Plaintiff Eolas Technologies, Inc. ("Eolas"), and good cause having been shown, the Court **GRANTS** Defendant's Motion and ORDERS the Defendants may file a consolidated brief in support of a motion for summary judgment of no more than 50 pages and a corresponding reply brief of no more than 30 pages, and Eolas may file a consolidated opposition brief of no more than 50 pages.

**IT IS SO ORDERED.**

Dated: _____   _____

Honorable Jon S. Tigar
United States District Judge