UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM, INC,<br><br>　　　　Defendant. | Case No. 17-cv-03022-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 859 |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment Under 35 U.S.C. § 101; Denying Defendants' Motion for Summary Judgment of Non-Infringement as Moot; Denying Plaintiffs' Motion for Summary Judgment as Moot; Denying Motions to Exclude or Strike Expert Testimony as Moot signed May 16, 2022, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, May 16, 2022

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR