[Counsel identified on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>              Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>             Defendant. | Case No. 4:17-cv-03022-JST<br><br>Related to Case Nos. 4:17-cv-01138-JST, 4:17-cv-03023-JST, and 4:15-cv-05446-JST<br><br>**STIPULATION REGARDING SUMMARY JUDGMENT ORDER**<br><br>Judge:      Hon. Jon S. Tigar |

1    The Court issued its summary judgment order (Dkt. 858), and restricted public access
given that much of the summary judgment briefing was under seal.  The Court directed the parties
to meet and confer to determine what redactions, if any, should be applied to the Court's summary
judgment order.  Dkt. 859.  The parties hereby stipulate that no redaction is necessary to the
Court's summary judgment order, and that order may be fully accessed by the public.

| | | |
|---|---|---|
| 1 | DATED: May 17, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | By */s/ James E. Quigley* |
| 4 | | John B. Campbell (admitted pro hac vice)<br>Josh W. Budwin (admitted pro hac vice) |
| 5 | | James E. Quigley (admitted pro hac vice)<br>**McKool Smith, P.C.** |
| 6 | | 303 Colorado Street, Suite 2100<br>Austin, Texas 78701 |
| 7 | | Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744 |
| 8 | | jcampbell@McKoolSmith.com<br>jbudwin@McKoolSmith.com |
| 9 | | jquigley@McKoolSmith.com |
| 10 | | Eliza Beeney (admitted pro hac vice)<br>**McKool Smith, P.C.** |
| 11 | | One Manhattan West<br>395 9th Avenue, 50th Floor |
| 12 | | New York, New York 10001<br>Telephone: (212) 402-9400 |
| 13 | | Facsimile: (212) 402-9444<br>ebeeney@McKoolSmith.com |
| 14 | | |
| 15 | | Alan P. Block (State Bar No. 143783)<br>**McKool Smith Hennigan, P.C.** |
| 16 | | 300 S. Grand Avenue, Suite 2900<br>Los Angeles, California 90071 |
| 17 | | Telephone (213) 694-1200<br>Facsimile (213) 694-1234<br>ablock@McKoolSmith.com |
| 18 | | Attorneys for Plaintiff |
| 19 | | Eolas Technologies Incorporated |
| 20 | | By */s/ Richard G. Frenkel* |
| 21 | | DOUGLAS E. LUMISH, Bar No. 183863<br>doug.lumish@lw.com |
| 22 | | RICHARD G. FRENKEL, Bar No. 204133<br>rick.frenkel@lw.com |
| 23 | | JEFFREY G. HOMRIG, Bar No. 215890<br>jeff.homrig@lw.com |
| 24 | | LATHAM & WATKINS LLP<br>140 Scott Drive |
| 25 | | Menlo Park, CA 94025<br>Telephone: (650) 328-4600 |
| 26 | | Facsimile:  (650) 463-2600 |
| 27 | | JOSEPH H. LEE, Bar No. 248046<br>joseph.lee@lw.com |
| 28 | | LATHAM & WATKINS LLP |

-2-

|   |   |
|---|---|
| 1 | 650 Town Center Drive, 20th Floor |
|   | Costa Mesa, CA 92626-1925 |
| 2 | Telephone: (714) 540-1235 |
|   | Facsimile:  (714) 755-8290 |

AMIT MAKKER, Bar No. 280747
amit.makker@lw.com
BLAKE R. DAVIS, Bar No. 294360
blake.davis@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8034
Facsimile:  (415) 395-8095

MELISSA ARBUS SHERRY (admitted pro hac vice)
melissa.sherry@lw.com
CHARLES S. DAMERON (admitted pro hac vice)
charles.dameron@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201

JENNIFER H. DOAN (*pro hac vice*)
jdoan@haltomdoan.com
JOSHUA R. THANE (*pro hac vice*)
jthane@haltomdoan.com
J. RANDY ROESER (*pro hac vice*)
rroeser@haltomdoan.com
HALTOM & DOAN
6500 Summerhill Road, Suite 1000
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800

GRANT KINSEL, Bar No. 172407
gkinsel@perkinscoie.com
PERKINS COIE, LLP
1203 3rd Street, 39th Floor
Seattle, WA 98112
Telephone: (206)-395-316
Facsimile: (206) 359-9000

*Counsel for Defendant*
*AMAZON.COM, INC.*


By  */s/ David A. Perlson*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (CA Bar No. 170151)
  David A. Perlson (CA Bar No. 209502)
  Lindsay M. Cooper (CA Bar No. 287125)

-3-

Michael Trombetta (CA Bar No. 320149)
qe-eolas@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Deepa Acharya (CA Bar No. 267654)
qe-eolas@quinnemanuel.com
1300 I Street, NW
Washington, DC 20005
Telephone: 202-538-8107
Fax: 202-538-8100

*Counsel for Defendant*
GOOGLE LLC

By /s/ Bijal V. Vakil

Bijal V. Vakil (SBN 192878)
Shamita D. Etienne-Cummings (SBN 202090)
Eric E. Lancaster (SBN 244449)
William Keeley Wray (SBN 338653)
ALLEN & OVERY LLP
550 High St.
Palo Alto, CA  94301
Telephone:  (650) 388-1150
Email: bijal.vakil@allenovery.com
Email: setienne@allenovery.com
Email: eric.lancaster@allenovery.com
Email: william.wray@allenovery.com

*Attorneys for Defendant*
WALMART INC.

## **ATTESTATION**

I, Richard Frenkel, am the ECF user whose user ID and password authorized the filing of this document.  Under Civil L.R. 5-1(h)(3), I attest that all signatories to this document have concurred in this filing.

DATED: May 17, 2022            /s/ Richard G. Frenkel
                                Richard G. Frenkel